1  **RYLEY CARLOCK & APPLEWHITE**
   One North Central Avenue, Suite 1200
2  Phoenix, Arizona  85004-4417
   Telephone:  602/258-7701
3  Telecopier:  602/257-9582

4  William Scott Jenkins, Jr. – 021841
   sjenkins@rcalaw.com
5  Alissa A. Brice – 027949
   abrice@rcalaw.com
6
   Attorneys for Resolute Commercial
7      Services

8              **UNITED STATES BANKRUPTCY COURT**

9                   **DISTRICT OF ARIZONA**

10                                        Chapter 11 Proceedings
      In re:
11                                        Case No. 4:14-bk-00092-BMW
      MCMAHON PROPERTIES, LLC,
12                                        **NOTICE OF APPEARANCE AND
                                          REQUEST FOR NOTICE**
             Debtor.
13

14

15        **NOTICE IS HEREBY GIVEN** that an appearance has been made in the above-

16  captioned Chapter 11 Proceeding by William Scott Jenkins, Jr. and Alissa A. Brice of Ryley

17  Carlock & Applewhite, One North Central Avenue, Suite 1200, Phoenix, Arizona 85004-4417

18  as counsel for Resolute Commercial Services.

19        **IT IS HEREBY REQUESTED** that all notices relating to the above-captioned

20  proceeding be sent to William Scott Jenkins, Jr. and Alissa A. Brice at the above address.

21        DATED this 6th day of January, 2014.

22
                                    RYLEY CARLOCK & APPLEWHITE
23

24
                                    By /s/ W. Scott Jenkins, Jr.
25                                     W. Scott Jenkins, Jr.
                                       Alissa A. Brice
26                                     Attorneys for Resolute Commercial Services

27

28

| | |
|---|---|
| 1 | The foregoing document was electronically<br>filed with the U.S. Bankruptcy Court on this |
| 2 | 6th day of January, 2014. |
| 3 | A copy of the foregoing was served upon the<br>Following parties by First Class U.S. Mail on this |
| 4 | 6th day of January, 2014: |
| 5 | Scott D. Gibson<br>Law Office of Scott D. Gibson, PLLC |
| 6 | 6303 East Tanque Verde Road, Suite 210<br>Tucson, Arizona  85715 |
| 7 | Attorney for Debtor |
| 8 | Renee Sandler Shamblin<br>Office of the U.S. Trustee |
| 9 | 230 North First Avenue<br>Suite 204 |
| 10 | Phoenix, Arizona 85003-1706 |
| 11 | By: /s/ Tina Sun-Angell_____ |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |