# Notice Recipients

District/Off: 0970–4     User: perkinsl     Date Created: 1/8/2014
Case: 4:14–bk–00092–BMW     Form ID: o11csewh     Total: 4

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |
| aty | RENEE SANDLER SHAMBLIN | renee.s.shamblin@usdoj.gov |
| aty | SCOTT D. GIBSON | ECF@SDGLAW.NET |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | MCMAHON PROPERTIES, LLC | 4644 E. FORT LOWELL RD. | TUCSON, AZ 85712–1111 |

TOTAL: 1