B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

**IN RE:**             Case No. **4-14-bk-00092-BMW**

**MCMAHON PROPERTIES, LLC**      Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Pima County Treasurer** <br> PO Box 29011 <br> Phoenix, AZ 85038-9011 | | | | 82,355.45 |
| **CB Richard Ellis, Inc.** <br> File 056411 Location 2158 <br> Los Angeles, CA 90074 | | | | 9,794.01 |
| **The Sage Tax Group, Inc.** <br> 5995 E Grant Rd Ste 100 <br> Tucson, AZ 85712-2354 | | | | 8,469.05 |
| **Watson Refrigeration** <br> 4717 S Irving Ave <br> Tucson, AZ 85714-2113 | | | | 5,090.20 |
| **Beach Fleischman PC** <br> PO Box 64130 <br> Tucson, AZ 85728-4130 | | | | 3,925.00 |
| **City Of Tucson Water** <br> PO Box 28804 <br> Tucson, AZ 85726-8804 | | | | 1,459.99 |
| **Tucson Electric Power** <br> PO Box 80077 <br> Prescott, AZ 86304-8077 | | | | 780.21 |
| **All American Pest Control** <br> PO Box 31988 <br> Tucson, AZ 85751-1988 | | | | 710.00 |
| **A.I.S., Inc.** <br> 4300 S Station Master Dr <br> Tucson, AZ 85714-3293 | | | | 700.00 |
| **Swisher** <br> PO Box 473526 <br> Charlotte, NC 28247-3526 | | | | 575.53 |
| **City Of Tucson LIcense Section** <br> 255 W Alameda St <br> Tucson, AZ 85701-1303 | | | | 304.06 |
| **Tucson Backflow** <br> PO Box 57341 <br> Tucson, AZ 85732-7341 | | | | 165.00 |
| **Phillips Plumbing** <br> PO Box 32523 <br> Tucson, AZ 85751-2523 | | | | 110.53 |
| **Roadrunner Lock & Safe** <br> 4444 E Grant Rd Ste 112 <br> Tucson, AZ 85712-2647 | | | | 104.87 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| **Truly Nolen Exterminating**<br>**3620 E Speedway Blvd # 110**<br>**Tucson, AZ  85716-4018** | **50.00** |
| **United Fire Equipment Co.**<br>**335 N 4th Ave**<br>**Tucson, AZ  85705-8442** | **50.00** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **January 9, 2014**    Signature: **/s/ ROBERT B. MCMAHON**

**ROBERT B. MCMAHON, MANAGER**

(Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only