Jonathan M. Saffer (#022004)
Nathan G. Kanute (#023944)
SNELL & WILMER L.L.P.
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
Telephone: (520) 882-1200
Email:  jmsaffer@swlaw.com
        nkanute@swlaw.com
Attorneys for Alliance Bank of Arizona

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>MCMAHON PROPERTIES, LLC<br><br>Debtor. | Proceedings Under Chapter 11<br><br>Case No. 4:14-BK-00092-BMW<br><br>1) **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE;**<br>2) **NOTICE OF NON-CONSENT TO USE OF CASH COLLATERAL; AND**<br>3) **NOTICE OF INTENTION.** |

Alliance Bank of Arizona, a division of Western Alliance Bancorporation ("**Alliance**"), by and through undersigned counsel:

>Jonathan M. Saffer
>Nathan G. Kanute
>SNELL & WILMER L.L.P.
>One South Church Ave, Suite 1500
>Tucson, AZ  85701-1630

hereby appears and formally requests copies of all notices, and any and all filings in either the above-captioned administrative proceeding or in any contested matter or adversary proceeding therein or related thereto.  This request shall remain a continuing request and demand for notices and filings provided to the above-listed counsel unless or until this request and demand is withdrawn by subsequent filing with the Clerk of the Court.

Alliance further requests that the foregoing listed attorneys be added to the master mailing matrix in this case.

Alliance further gives notice that it is a secured creditor of McMahon Properties, LLC ("**Debtor**"), and does not consent to any use of funds constituting Alliance's collateral, cash or

otherwise, pursuant to 11 U.S.C. § 363(c)(2). Alliance bases its non-consent to use of cash collateral on the ground that it maintains a first priority, properly perfected lien in, among other things, all proceeds, rents, royalties, and income from certain real property allegedly owned by the Debtor.

Additionally, Alliance gives notice that, pursuant to 11 U.S.C. § 543(d), it intends to file with the Court a motion to excuse the State Court receiver from any obligation to turnover property of the estate to the Debtor.

RESPECTFULLY SUBMITTED this 9th day of January, 2014.

SNELL & WILMER

By s/ Jonathan M. Saffer
Jonathan M. Saffer
Nathan G. Kanute
One South Church Ave, Suite 1500
Tucson, AZ 85701-1630
Attorneys for Alliance Bank of Arizona

Copy of the foregoing served electronically
or by first class U.S. Mail this 9th day of
January, 2014 to the following:

Scott D. Gibson
Law Office of Scott D. Gibson PLLC
6303 E. Tanque Verde Road, Suite 210
Tucson, AZ 85715
ecf@sdglaw.net

Renee Sandler Shamblin
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003
Renee.s.shamblin@usdoj.gov

Alissa A. Brice
Ryley Carlock & Applewhite
One North Central Avenue, Suite 1200
Phoenix, AZ 85004
abrice@rcalaw.com

*s/Clarrissa Palma*