# EXHIBIT 4



Snell & Wilmer
L.L.P.
LAW OFFICES

One South Church Avenue
Suite 1500
Tucson, Arizona 85701-1630
520.882.1200
520.884.1294 (Fax)
www.swlaw.com

DENVER
LAS VEGAS
LOS ANGELES
LOS CABOS
ORANGE COUNTY
PHOENIX
RENO
SALT LAKE CITY
TUCSON

Roxanne Veliz
520.882.1222
reveliz@swlaw.com

February 5, 2013

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

McMahon Properties, L.L.C.                     Robert B. McMahon and Danita A McMahon
4644 East Fort Lowell Road                     4644 East Fort Lowell Road
Tucson, Arizona 85712                          Tucson, Arizona 85712
Attention: Robert B. McMahon

RE:   NOTICE OF PAYMENT DEFAULT AND DEMAND LETTER

Ladies and Gentlemen:

       This letter concerns that certain Loan Agreement, dated November 20, 2008 (as modified and amended from time to time, the "Loan Agreement"), by and among McMahon Properties, L.L.C., an Arizona limited liability company ("Borrower"), and Alliance Bank of Arizona, a division of Western Alliance Bank, an Arizona banking corporation, formerly known as Alliance Bank of Arizona, an Arizona banking corporation ("Lender"), pursuant to which Lender made a loan (the "Loan") to Borrower in the original principal amount of Six Million and No/100 Dollars ($6,000,000.00). The Loan is evidenced by that certain Secured Promissory Note dated November 20, 2008 (as modified and amended from time to time, the "Note"), and is secured by, among other things, that certain Deed of Trust and Fixture Filing (With Assignment of Rents and Security Agreement) (Variable Rate), dated November 20, 2008, executed by Borrower, as trustor, for the benefit of Lender, as beneficiary, recorded on November 21, 2008, in Docket 13439 at Page 1665, Official Records of Pima, Arizona (as amended from time to time, the "Deed of Trust"). The Loan is guaranteed pursuant to that certain Repayment Guaranty, dated as of November 20, 2008 (the "Guaranty"), executed by Robert B. McMahon and Danita A McMahon, husband and wife (collectively, jointly, severally, and jointly and severally, the "Guarantors") in favor of Lender. The Loan Agreement, the Note, the Deed of Trust, the Guaranty, and any other document evidencing, securing, or guaranteeing the Loan, as amended, are referred to collectively herein as the "Loan Documents." This law firm represents Lender with regard to the above referenced Loan.

       This letter constitutes written notice that Borrower failed to make the required monthly loan payment due on January 1, 2013 (the "Payment Default"). Lender hereby makes demand

16535296

Snell & Wilmer is a member of LEX MUNDI, The Leading Association of Independent Law Firms.

# Snell & Wilmer
### —L.L.P.—

that, on or before February 15, 2013, Borrower fully and completely cure the Payment Default by paying, to Lender, in certified funds, all principal, interest, and late charges currently due and owing, including all legal fees incurred by Lender. As of the date hereof, Lender demands payment in an amount equal to $93,158.10 (which includes principal, accrued unpaid interest and late fees through February 5, 2013). Upon your receipt of this notice of default, please contact Joseph W. Snapp at (520) 784-6034, for a current balance of all amounts owed and payment instructions.

In the event Borrower fails to cure the Payment Default on or before the date set forth above, such failure shall constitute an Event of Default under the Loan Documents, entitling Lender the right to exercise all rights and remedies provided to it under the Loan Documents and under law and equity, including, without limitation, the right to increase the applicable rate of interest to the default interest rate (as provided in the Note), the right to accelerate and declare the entire debt and all indebtedness of Borrower to Lender immediately due and payable without notice to Borrower, the right to foreclose upon any and all collateral supporting the Loan or the Guaranty, the right to bring an action against Borrower and/or Guarantors, and the right to exercise any other rights or remedies available to Lender in connection with the collection of Borrower's obligations to Lender.

While Lender has not yet commenced legal or other action to enforce its rights under the Loan Documents, to collect amounts owed by Borrower and Guarantors to Lender, or to foreclose upon any of its collateral, Lender expressly reserves, and does not waive, all of its rights under applicable law and the Note, the Loan Documents, and any other instruments and documents executed by Borrower and Guarantors in connection with the Loan, all of which remain in full force and effect. No failure or delay by Lender, with respect to the exercise of any right, power, privilege or remedy under any Loan Document or applicable law shall operate as a waiver thereof, and the single or partial exercise of any such right, power, privilege or remedy shall not preclude any later exercise of any other right, power, privilege or remedy. Lender hereby affirms and reinstates, to the extent necessary, that time is of the essence.

Please do not hesitate to contact the undersigned at (520) 882-1222 if you have any questions regarding the foregoing.

Very truly yours,

Snell & Wilmer

Roxanne Veliz

cc:  Joseph W. Snapp, Alliance Bank of Arizona (via email)
     Carmelita Galvan, Alliance Bank of Arizona (via email)

16535296



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

McMahon Properties, L.L.C.
4644 East Fort Lowell Road
Tucson, Arizona 85712
Attention: Robert B. McMahon

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☑ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Adriana Ocampo 2-6-1

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7011 1570 0001 9252 6056

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1640

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7011 1570 0001 9252 6056

Sent To: McMahon Properties, L.L.C.
Street, Apt. No.; or PO Box No. 4644 East Fort Lowell Road
City, State, ZIP+4 Tucson, Arizona 85712
Attention: Robert B. McMahon

PS Form 3800, August 2006    See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____  ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

Antania Ocampo  2-6-13

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

Robert B. McMahon and Danita A.
McMahon
4644 East Fort Lowell Road
Tucson, Arizona 85712

3. Service Type
  ☒ Certified Mail    ☐ Express Mail
  ☐ Registered        ☒ Return Receipt for Merchandise
  ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)     7011 1570 0001 A252 6068

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

7011 1570 0001 9252 6063

Sent To     Robert B. McMahon and Danita A.
            McMahon
Street, Apt. No.; or PO Box No.    4644 East Fort Lowell Road
City, State, ZIP+4    Tucson, Arizona 85712

PS Form 3800, August 2006          See Reverse for Instructions



Snell & Wilmer
L.L.P.
LAW OFFICES

One South Church Avenue
Suite 1500
Tucson, Arizona 85701-1630
520.882.1200
520.884.1294 (Fax)
www.swlaw.com

DENVER
LAS VEGAS
LOS ANGELES
LOS CABOS
ORANGE COUNTY
PHOENIX
RENO
SALT LAKE CITY
TUCSON

Roxanne Veliz
520.882.1222
reveliz@swlaw.com

July 17, 2013

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

McMahon Properties, L.L.C.
4644 East Fort Lowell Road
Tucson, Arizona 85712
Attention: Robert B. McMahon

Robert B. McMahon and Danita A. McMahon
4644 East Fort Lowell Road
Tucson, Arizona 85712

RE:   **NOTICE OF PAYMENT DEFAULT AND DEMAND LETTER**

Ladies and Gentlemen:

   This letter concerns that certain Loan Agreement, dated November 20, 2008 (as modified and amended from time to time, the "Loan Agreement"), by and among McMahon Properties, L.L.C., an Arizona limited liability company ("Borrower"), and Alliance Bank of Arizona, a division of Western Alliance Bank, an Arizona banking corporation, formerly known as Alliance Bank of Arizona, an Arizona banking corporation ("Lender"), pursuant to which Lender made a loan (the "Loan") to Borrower in the original principal amount of Six Million and No/100 Dollars ($6,000,000.00). The Loan is evidenced by that certain Secured Promissory Note dated November 20, 2008 (as modified and amended from time to time, the "Note"), and is secured   by, among other things, that certain Deed of Trust and Fixture Filing (With Assignment of Rents and Security Agreement) (Variable Rate), dated November 20, 2008, executed by Borrower, as trustor, for the benefit of Lender, as beneficiary, recorded on November 21, 2008, in Docket 13439 at Page 1665, Official Records of Pima, Arizona (as amended from time to time, the "Deed of Trust"). The Loan is guaranteed pursuant to that certain Repayment Guaranty, dated as of November 20, 2008 (the "Guaranty"), executed by Robert B. McMahon and Danita A McMahon, husband and wife (collectively, jointly, severally, and jointly and severally, the "Guarantors") in favor of Lender. The Loan Agreement, the Note, the Deed of Trust, the Guaranty, and any other document evidencing, securing, or guaranteeing the Loan, as amended, are referred to collectively herein as the "Loan Documents." This law firm represents Lender with regard to the above referenced Loan.

   This letter constitutes written notice that Borrower failed to make the required monthly loan payment due on June 1, 2013 (the "Payment Default"). Lender hereby makes demand that,

17580418

# Snell & Wilmer
L.L.P.

on or before July 29, 2013, Borrower fully and completely cure the Payment Default by paying to Lender, in certified funds, all principal, interest, and late charges currently due and owing, including all legal fees incurred by Lender. Upon your receipt of this notice of default, please contact Joseph W. Snapp at (520) 784-6005, for a current balance of all amounts owed and payment instructions.

In the event Borrower fails to cure the Payment Default on or before the date set forth above, such failure shall constitute an Event of Default under the Loan Documents, entitling Lender the right to exercise all rights and remedies provided to it under the Loan Documents and under law and equity, including, without limitation, the right to increase the applicable rate of interest to the default interest rate (as provided in the Note), the right to accelerate and declare the entire debt and all indebtedness of Borrower to Lender immediately due and payable without notice to Borrower, the right to foreclose upon any and all collateral supporting the Loan or the Guaranty, the right to bring an action against Borrower and/or Guarantors, and the right to exercise any other rights or remedies available to Lender in connection with the collection of Borrower's obligations to Lender.

While Lender has not yet commenced legal or other action to enforce its rights under the Loan Documents, to collect amounts owed by Borrower and Guarantors to Lender, or to foreclose upon any of its collateral, Lender expressly reserves, and does not waive, all of its rights under applicable law and the Note, the Loan Documents, and any other instruments and documents executed by Borrower and Guarantors in connection with the Loan, all of which remain in full force and effect. No failure or delay by Lender, with respect to the exercise of any right, power, privilege or remedy under any Loan Document or applicable law shall operate as a waiver thereof, and the single or partial exercise of any such right, power, privilege or remedy shall not preclude any later exercise of any other right, power, privilege or remedy. Lender hereby affirms and reinstates, to the extent necessary, that time is of the essence.

Please do not hesitate to contact the undersigned at (520) 882-1222 if you have any questions regarding the foregoing.

Very truly yours,

Snell & Wilmer

Roxanne Veliz

cc:  Joseph W. Snapp, Alliance Bank of Arizona (via email)
     Carmelita Galvan, Alliance Bank of Arizona (via email)

17580418



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

McMahon Properties, L.L.C.
4644 E. Fort Lowell Road
Tucson, AZ 85712-1111

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)        7012 1640 0000 4089 3450

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL

| | |
|---|---|
| Postage | $ 1.12 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.77 |

Sent To  McMahon Properties, L.L.C.
Street, Apt. No.; or PO Box No.  4644 E. Fort Lowell Road
City, State, ZIP+4  Tucson AL 85712-1111

PS Form 3800, August 2006    See Reverse for Instructions

7012 1640 0000 4089 3450

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert B. McMahon and
Danita A. McMahon
4644 E. Fort Lowell Road
Tucson, AZ 85712-4111

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name)
Charby Reed

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)    7012 1640 0000 4089 6208

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $ 1.12
Certified Fee 3.10
Return Receipt Fee (Endorsement Required) 2.55
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 6.77

JUL 17 2013
TUCSON AZ MAIL OFFICE WINDOW 85726-9998
USPS

Sent To Robert B. McMahon + Danita A. McMahon
Street, Apt. No.; or PO Box No. 4644 E. Ft Lowell Rd
City, State, ZIP+4 Tucson AZ 85712-1111

PS Form 3800, August 2006



Snell & Wilmer
———L.L.P.———
LAW OFFICES

One South Church Avenue
Suite 1500
Tucson, Arizona 85701-1630
520.882.1200
520.884.1294 (Fax)
www.swlaw.com

DENVER
LAS VEGAS
LOS ANGELES
LOS CABOS
ORANGE COUNTY
PHOENIX
RENO
SALT LAKE CITY
TUCSON

Roxanne Veliz
520.882.1222
rveliz@swlaw.com

July 29, 2013

43045.00122

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

✓ McMahon Properties, L.L.C.
4644 East Fort Lowell Road
Tucson, Arizona 85712
Attention: Robert B. McMahon

✓ Robert B. McMahon and Danita A. McMahon
4644 East Fort Lowell Road
Tucson, Arizona 85712

RE:   NOTICE OF PAYMENT DEFAULT AND DEMAND LETTER

Ladies and Gentlemen:

This letter concerns that certain Loan Agreement, dated November 20, 2008 (as modified and amended from time to time, the "Loan Agreement"), by and among McMahon Properties, L.L.C., an Arizona limited liability company ("Borrower"), and Alliance Bank of Arizona, a division of Western Alliance Bank, an Arizona banking corporation, formerly known as Alliance Bank of Arizona, an Arizona banking corporation ("Lender"), pursuant to which Lender made a loan (the "Loan") to Borrower in the original principal amount of Six Million and No/100 Dollars ($6,000,000.00). The Loan is evidenced by that certain Secured Promissory Note dated November 20, 2008 (as modified and amended from time to time, the "Note"), and is secured  by, among other things, that certain Deed of Trust and Fixture Filing (With Assignment of Rents and Security Agreement) (Variable Rate), dated November 20, 2008, executed by Borrower, as trustor, for the benefit of Lender, as beneficiary, recorded on November 21, 2008, in Docket 13439 at Page 1665, Official Records of Pima, Arizona (as amended from time to time, the "Deed of Trust"). The Loan is guaranteed pursuant to that certain Repayment Guaranty, dated as of November 20, 2008 (the "Guaranty"), executed by Robert B. McMahon and Danita A McMahon, husband and wife (collectively, jointly, severally, and jointly and severally, the "Guarantors") in favor of Lender. The Loan Agreement, the Note, the Deed of Trust, the Guaranty, and any other document evidencing, securing, or guaranteeing the Loan, as amended, are referred to collectively herein as the "Loan Documents." This law firm represents Lender with regard to the above referenced Loan.

You previously received a letter from us notifying you that Borrower failed to make the required monthly loan payment due on June 1, 2013, and demanding payment thereof.

17640136

# Snell & Wilmer
L.L.P.

This letter constitutes written notice that Borrower also failed to make the required monthly loan payment due on July 1, 2013 (the "Payment Default"). Accordingly, Lender hereby makes demand that, on or before August 10, 2013, Borrower fully and completely cure the Payment Default by paying to Lender, in certified funds, all principal, interest, and late charges currently due and owing, including all legal fees incurred by Lender. Upon your receipt of this notice of default, please contact Joseph W. Snapp at (520) 784-6005, for a current balance of all amounts owed and payment instructions.

In the event Borrower fails to cure the Payment Default on or before the date set forth above, such failure shall constitute an Event of Default under the Loan Documents, entitling Lender the right to exercise all rights and remedies provided to it under the Loan Documents and under law and equity, including, without limitation, the right to increase the applicable rate of interest to the default interest rate (as provided in the Note), the right to accelerate and declare the entire debt and all indebtedness of Borrower to Lender immediately due and payable without notice to Borrower, the right to foreclose upon any and all collateral supporting the Loan or the Guaranty, the right to bring an action against Borrower and/or Guarantors, and the right to exercise any other rights or remedies available to Lender in connection with the collection of Borrower's obligations to Lender.

While Lender has not yet commenced legal or other action to enforce its rights under the Loan Documents, to collect amounts owed by Borrower and Guarantors to Lender, or to foreclose upon any of its collateral, Lender expressly reserves, and does not waive, all of its rights under applicable law and the Note, the Loan Documents, and any other instruments and documents executed by Borrower and Guarantors in connection with the Loan, all of which remain in full force and effect. No failure or delay by Lender, with respect to the exercise of any right, power, privilege or remedy under any Loan Document or applicable law shall operate as a waiver thereof, and the single or partial exercise of any such right, power, privilege or remedy shall not preclude any later exercise of any other right, power, privilege or remedy. Lender hereby affirms and reinstates, to the extent necessary, that time is of the essence.

Please do not hesitate to contact the undersigned at (520) 882-1222 if you have any questions regarding the foregoing.

Very truly yours,

Snell & Wilmer

Roxanne Veliz

cc:     Joseph W. Snapp, Alliance Bank of Arizona (via email)
        Carmelita Galvan, Alliance Bank of Arizona (via email)

17640136



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

McMahon Properties, L.L.C.
4644 E. Fort Lowell Road
Tucson, AZ 85712-1111

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee
B. Received by (Printed Name) Charity Reed   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)   7012 1640 0000 4089 3887

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 0.66 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.65 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ (6.13) |

Sent To McMahon Properties, L.L.C.
Street, Apt. No. or PO Box No. 4464 E. Fort Lowell Road
City, State, ZIP+4 Tucson AZ 85712-1111

PS Form 3800, August 2006

7012 1640 0000 4089 3887



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert B. McMahon
Danita A. McMahon
4644 East Fort Lowell Road
Tucson, AZ 85712-1111

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Courtney Ked

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7012 1640 0000 4089 3870

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .66 |
| Certified Fee | | 3.10 |
| Return Receipt Fee (Endorsement Required) | | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.31 |

JUL 29 2013

Sent To  Robert B. McMahon & Danita A. McMahon
Street, Apt. No.; or PO Box No.  4644 East Fort Lowell Road
City, State, ZIP+4  Tucson, AZ 85712-1111

PS Form 3800, August 2006    See Reverse for Instructions

7012 1640 0000 4089 3870



**Snell & Wilmer**
L.L.P.
LAW OFFICES

One South Church Avenue
Suite 1500
Tucson, Arizona 85701-1630
520.882.1200
520.884.1294 (Fax)
www.swlaw.com

DENVER
LAS VEGAS
LOS ANGELES
LOS CABOS
ORANGE COUNTY
PHOENIX
SALT LAKE CITY
TUCSON

Roxanne Veliz
520.882.1222
rveliz@swlaw.com

August 14, 2013

43045.00122

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

McMahon Properties, L.L.C.          Robert B. McMahon and Danita A. McMahon
4644 East Fort Lowell Road          4644 East Fort Lowell Road
Tucson, Arizona 85712               Tucson, Arizona 85712
Attention: Robert B. McMahon

RE:   **NOTICE OF PAYMENT DEFAULT AND DEMAND LETTER**

Ladies and Gentlemen:

This letter concerns that certain Loan Agreement, dated November 20, 2008 (as modified and amended from time to time, the "Loan Agreement"), by and among McMahon Properties, L.L.C., an Arizona limited liability company ("Borrower"), and Alliance Bank of Arizona, a division of Western Alliance Bank, an Arizona banking corporation, formerly known as Alliance Bank of Arizona, an Arizona banking corporation ("Lender"), pursuant to which Lender made a loan (the "Loan") to Borrower in the original principal amount of Six Million and No/100 Dollars ($6,000,000.00). The Loan is evidenced by that certain Secured Promissory Note dated November 20, 2008 (as modified and amended from time to time, the "Note"), and is secured by, among other things, that certain Deed of Trust and Fixture Filing (With Assignment of Rents and Security Agreement) (Variable Rate), dated November 20, 2008, executed by Borrower, as trustor, for the benefit of Lender, as beneficiary, recorded on November 21, 2008, in Docket 13439 at Page 1665, Official Records of Pima, Arizona (as amended from time to time, the "Deed of Trust"). The Loan is guaranteed pursuant to that certain Repayment Guaranty, dated as of November 20, 2008 (the "Guaranty"), executed by Robert B. McMahon and Danita A McMahon, husband and wife (collectively, jointly, severally, and jointly and severally, the "Guarantors") in favor of Lender. The Loan Agreement, the Note, the Deed of Trust, the Guaranty, and any other document evidencing, securing, or guaranteeing the Loan, as amended, are referred to collectively herein as the "Loan Documents." This law firm represents Lender with regard to the above referenced Loan.

You previously received one or more letters from us notifying you that Borrower failed to make the required monthly loan payments due on June 1, 2013 and July 1, 2013, and demanding

Snell & Wilmer is a member of LEX MUNDI, The Leading Association of Independent Law Firms.

# Snell & Wilmer
L.L.P.

payment thereof.

This letter constitutes written notice that Borrower also failed to make the required monthly loan payment due on August 1, 2013 (the "Payment Default"). Accordingly, Lender hereby makes demand that, on or before August 26, 2013, Borrower fully and completely cure the Payment Default by paying to Lender, in certified funds, all principal, interest, and late charges currently due and owing, including all legal fees incurred by Lender. Upon your receipt of this notice of default, please contact Joseph W. Snapp at (520) 784-6005, for a current balance of all amounts owed and payment instructions.

In the event Borrower fails to cure the Payment Default on or before the date set forth above, such failure shall constitute an Event of Default under the Loan Documents, entitling Lender the right to exercise all rights and remedies provided to it under the Loan Documents and under law and equity, including, without limitation, the right to increase the applicable rate of interest to the default interest rate (as provided in the Note), the right to accelerate and declare the entire debt and all indebtedness of Borrower to Lender immediately due and payable without notice to Borrower, the right to foreclose upon any and all collateral supporting the Loan or the Guaranty, the right to bring an action against Borrower and/or Guarantors, and the right to exercise any other rights or remedies available to Lender in connection with the collection of Borrower's obligations to Lender.

While Lender has not yet commenced legal or other action to enforce its rights under the Loan Documents, to collect amounts owed by Borrower and Guarantors to Lender, or to foreclose upon any of its collateral, Lender expressly reserves, and does not waive, all of its rights under applicable law and the Note, the Loan Documents, and any other instruments and documents executed by Borrower and Guarantors in connection with the Loan, all of which remain in full force and effect. No failure or delay by Lender, with respect to the exercise of any right, power, privilege or remedy under any Loan Document or applicable law shall operate as a waiver thereof, and the single or partial exercise of any such right, power, privilege or remedy shall not preclude any later exercise of any other right, power, privilege or remedy. Lender hereby affirms and reinstates, to the extent necessary, that time is of the essence.

17759506

# Snell & Wilmer
L.L.P.

Please do not hesitate to contact the undersigned at (520) 882-1222 if you have any questions regarding the foregoing.

Very truly yours,

Snell & Wilmer

Roxanne Veliz

cc:   Joseph W. Snapp, Alliance Bank of Arizona (via email)
      Carmelita Galvan, Alliance Bank of Arizona (via email)

17759506



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

McMahon Properties, L.L.C.
Attention: Robert B. McMahon
4644 East Fort Lowell Road
Tucson, Arizona 85712

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____     ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 2260 0000 0771 6966

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| Postage | $ 1.72 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage | |

Sent To

McMahon Properties, L.L.C.
Attention: Robert B. McMahon
4644 East Fort Lowell Road
Tucson, Arizona 85712

Street, Apt. No.; or PO Box No.
City, State, ZIP

PS Form 3800, June 2002      See Reverse for Instructions

7003 2260 0000 0771 6966



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert B. McMahon
and Danita A. McMahon
4644 East Fort Lowell Road
Tucson, Arizona 85712

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7003 2260 0000 0771 6959

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com™

OFFICIAL USE

Postage    $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)

Total F

Sent To    Robert B. McMahon
and Danita A. McMahon
Street, Apt.
or PO Box    4644 East Fort Lowell Road
City, State    Tucson, Arizona 85712

7003 2260 0000 0771 6959

43045 00122

PS Form 3800, June 2002    See Reverse for Instructions



Snell & Wilmer
—— L.L.P. ——
LAW OFFICES

One South Church Avenue
Suite 1500
Tucson, Arizona 85701-1630
520.882.1200
520.884.1294 (Fax)
www.swlaw.com

DENVER
LAS VEGAS
LOS ANGELES
LOS CABOS
ORANGE COUNTY
PHOENIX
RENO
SALT LAKE CITY
TUCSON

Roxanne Veliz
520.882.1222
rveliz@swlaw.com

August 29, 2013

43045.00122

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

✓McMahon Properties, L.L.C.
4644 East Fort Lowell Road
Tucson, Arizona 85712
Attention: Robert B. McMahon

✓Robert B. McMahon and Danita A. McMahon
4644 East Fort Lowell Road
Tucson, Arizona 85712

RE:   NOTICE OF DEFAULT AND EXERCISE OF REMEDIES

Ladies and Gentlemen:

This letter concerns that certain Loan Agreement, dated November 20, 2008 (as modified and amended from time to time, the "Loan Agreement"), by and among McMahon Properties, L.L.C., an Arizona limited liability company ("Borrower"), and Alliance Bank of Arizona, a division of Western Alliance Bank, an Arizona banking corporation, formerly known as Alliance Bank of Arizona, an Arizona banking corporation ("Lender"), pursuant to which Lender made a loan (the "Loan") to Borrower in the original principal amount of Six Million and No/100 Dollars ($6,000,000.00).  The Loan is evidenced by that certain Secured Promissory Note dated November 20, 2008 (as modified and amended from time to time, the "Note"), and is secured by, among other things, that certain Deed of Trust and Fixture Filing (With Assignment of Rents and Security Agreement) (Variable Rate), dated November 20, 2008, executed by Borrower, as trustor, for the benefit of Lender, as beneficiary, recorded on November 21, 2008, in Docket 13439 at Page 1665, Official Records of Pima, Arizona (as amended from time to time, the "Deed of Trust").  The Loan is guaranteed pursuant to that certain Repayment Guaranty, dated as of November 20, 2008 (the "Guaranty"), executed by Robert B. McMahon and Danita A McMahon, husband and wife (collectively, jointly, severally, and jointly and severally, the "Guarantors") in favor of Lender. The Loan Agreement, the Note, the Deed of Trust, the Guaranty, and any other document evidencing, securing, or guaranteeing the Loan, as amended, are referred to collectively herein as the "Loan Documents."  This law firm represents Lender with regard to the above referenced Loan.

You previously received one or more letters from us notifying you that Borrower failed to make the required monthly loan payments due on June 1, 2013, July 1, 2013 and August 1, 2013,

17850134

Snell & Wilmer is a member of LEX MUNDI, The Leading Association of Independent Law Firms.

# Snell & Wilmer
L.L.P.

and demanding payment thereof (collectively, the "Payment Defaults"). As of the date hereof, the payments required pursuant to the Loan Documents have not been received by Lender, and one or more Payment Defaults remain ongoing.

The purpose of this letter is to notify you that because of the Borrower's failure to cure the Payment Defaults within the specified cure periods as identified in the letters, an "Event of Default" has occurred, and Lender has elected to and does hereby accelerate the Loan. In addition, Lender has elected to exercise its available remedies under the Loan Documents and otherwise at law or in equity, including, without limitation, foreclosure upon all real and personal property collateral securing the Loan, and increasing the interest rate on the Note to the default interest rate. In all instances, Lender will seek the recovery of all of its fees and costs incurred in connection with such proceedings.

Lender expressly reserves all of its rights, powers, privileges and remedies under the Loan Documents and applicable law whether or not enumerated above. No failure or delay by Lender, with respect to the exercise of any right, power, privilege or remedy under the Loan Documents or applicable law shall operate as a waiver thereof, and the single or partial exercise of any such right, power, privilege or remedy shall not preclude any later exercise of any other right, power, privilege or remedy.

Please do not hesitate to contact the undersigned at (520) 882-1222 if you have any questions regarding the foregoing.

Very truly yours,

Snell & Wilmer

Roxanne Veliz

cc:    Joseph W. Snapp, Alliance Bank of Arizona (via email)
       Carmelita Galvan, Alliance Bank of Arizona (via email)

17850134

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

McMahon Properties, L.L.C.
Attn: Robert B. McMahon
4644 E. Fort Lowell Road
Tucson, AZ 85712-1111

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7012 1640 0000 4089 3757

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ .46 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: McMahon Properties, L.L.C.
Street, Apt. No.; or PO Box No. 4644 E. Fort Lowell Road
City, State, ZIP+4 Tucson, AZ 85712-1111

PS Form 3800, August 2006    See Reverse for Instructions

7012 1640 0000 4089 3757

SENDER: COMPLETE THIS SECTION

■ Complete Items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Robert B. McMahon and
Danita A. McMahon
4644 E. Fort Lowell Road
Tucson, AZ  85712-1111

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____   □ Agent
                              □ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   Charley Ueal

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:          □ No

3. Service Type
   ☑ Certified Mail      □ Express Mail
   □ Registered          ☑ Return Receipt for Merchandise
   □ Insured Mail        □ C.O.D.
4. Restricted Delivery? (Extra Fee)              □ Yes

2. Article Number
   (Transfer from service label)

7012 1640 0000 4089 3740

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

MRV
K 12-22          Postage   $   .46

                 Certified Fee      3.10

Return Receipt Fee
(Endorsement Required)       2.55

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees   $

Sent To
Robert B. & Danita A. McMahon
Street, Apt. No.;
or PO Box No.  4644 E. Fort Lowell Road
City, State, ZIP+4
Tucson, AZ 85712-1111

PS Form 3800, August 2006        See Reverse for Instructions

7012 1640 0000 4089 3740



Snell & Wilmer
——— L.L.P. ———
LAW OFFICES

One South Church Avenue
Suite 1500
Tucson, Arizona 85701-1630
520.882.1200
520.884.1294 (Fax)
www.swlaw.com

Roxanne Veliz
520.882.1222
rveliz@swlaw.com

DENVER
LAS VEGAS
LOS ANGELES
LOS CABOS
ORANGE COUNTY
PHOENIX
RENO
SALT LAKE CITY
TUCSON

September 20, 2013

43045.00122

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

McMahon Properties, L.L.C.
4644 East Fort Lowell Road
Tucson, Arizona 85712
Attention: Robert B. McMahon

Robert B. McMahon and Danita A. McMahon
4644 East Fort Lowell Road
Tucson, Arizona 85712

RE:   **NOTICE OF PAYMENT DEFAULT AND DEMAND LETTER**

Ladies and Gentlemen:

This letter concerns that certain Loan Agreement, dated November 20, 2008 (as modified and amended from time to time, the "Loan Agreement"), by and among McMahon Properties, L.L.C., an Arizona limited liability company ("Borrower"), and Alliance Bank of Arizona, a division of Western Alliance Bank, an Arizona banking corporation, formerly known as Alliance Bank of Arizona, an Arizona banking corporation ("Lender"), pursuant to which Lender made a loan (the "Loan") to Borrower in the original principal amount of Six Million and No/100 Dollars ($6,000,000.00). The Loan is evidenced by that certain Secured Promissory Note dated November 20, 2008 (as modified and amended from time to time, the "Note"), and is secured by, among other things, that certain Deed of Trust and Fixture Filing (With Assignment of Rents and Security Agreement) (Variable Rate), dated November 20, 2008, executed by Borrower, as trustor, for the benefit of Lender, as beneficiary, recorded on November 21, 2008, in Docket 13439 at Page 1665, Official Records of Pima, Arizona (as amended from time to time, the "Deed of Trust"). The Loan is guaranteed pursuant to that certain Repayment Guaranty, dated as of November 20, 2008 (the "Guaranty"), executed by Robert B. McMahon and Danita A McMahon, husband and wife (collectively, jointly, severally, and jointly and severally, the "Guarantors"), in favor of Lender. The Loan Agreement, the Note, the Deed of Trust, the Guaranty, and any other document evidencing, securing, or guaranteeing the Loan, as amended, are referred to collectively herein as the "Loan Documents." This law firm represents Lender with regard to the above referenced Loan.

You previously received one or more letters from us notifying you that Borrower failed to make one or more of the required monthly loan payments due, and demanding payment thereof.

17962561

# Snell & Wilmer
L.L.P.

As a result of Borrower's failure to make such required payment, an Event of Default has occurred and is continuing under the Loan and the Loan Documents (collectively, the "Payment Defaults").

By letter dated August 29, 2013, we notified you of the existence of the Payment Defaults and that Lender had elected to commence legal action to enforce its rights under the Loan Documents, and collect amounts owed by Borrower and Guarantors to Lender. In connection therewith, Lender has initiated foreclosure proceedings with respect to the real and personal property collateral securing the Loan.

This letter constitutes written notice that Borrower has also failed to make the required monthly loan payment due on September 1, 2013 (the "Additional Payment Default"). Accordingly, Lender hereby makes demand that, on or before September 30, 2013, Borrower fully and completely cure the Additional Payment Default by paying to Lender, in certified funds, all principal, interest, and late charges currently due and owing, including all legal fees incurred by Lender. Upon your receipt of this notice of default, please contact Joseph W. Snapp at (520) 784-6005, for a current balance of all amounts owed and payment instructions. In the event Borrower fails to cure the Additional Payment Default on or before the date set forth above, such failure shall constitute an Event of Default under the Loan Documents.

Notwithstanding the foregoing, Lender expressly reserves, and does not waive, all of its rights under applicable law and the Note, the Loan Documents, and any other instruments and documents executed by Borrower and Guarantors in connection with the Loan, all of which remain in full force and effect. No failure or delay by Lender, with respect to the exercise of any right, power, privilege or remedy under any Loan Document or applicable law shall operate as a waiver thereof, and the single or partial exercise of any such right, power, privilege or remedy shall not preclude any later exercise of any other right, power, privilege or remedy. Lender hereby affirms and reinstates, to the extent necessary, that time is of the essence.

Please do not hesitate to contact the undersigned at (520) 882-1222 if you have any questions regarding the foregoing.

Very truly yours,

Snell & Wilmer

Roxanne Veliz

cc:  Joseph W. Snapp, Alliance Bank of Arizona (via email)
     Carmelita Galvan, Alliance Bank of Arizona (via email)

17962561



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | .46 |
| Certified Fee | | 3.10 |
| Return Receipt Fee (Endorsement Required) | | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.11 |

Sent To McMahon Properties, L.L.C. Attn: R. B McMahon
Street, Apt. No.; or PO Box No. 4644 E. Ft Lowell Rd
City, State, ZIP+4 Tucson, AZ 85712-1111

PS Form 3800, August 2006          See Reverse for Instructions

7012 1640 0000 4089 3801



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 46 |
| Certified Fee | | 3.10 |
| Return Receipt Fee (Endorsement Required) | | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.11 |

Sent To Robert B. & Danita A. McMahon
Street, Apt. No.; or PO Box No. 4644 E. Ft Lowell Rd
City, State, ZIP+4 Tucson, AZ 85712-1111

PS Form 3800, August 2006          See Reverse for Instructions

7012 1640 0000 4089 3818



## Snell & Wilmer
### L.L.P.
LAW OFFICES

One South Church Avenue
Suite 1500
Tucson, Arizona 85701-1630
520.882.1200
520.884.1294 (Fax)
www.swlaw.com

DENVER
LAS VEGAS
LOS ANGELES
LOS CABOS
ORANGE COUNTY
PHOENIX
RENO
SALT LAKE CITY
TUCSON

Roxanne Veliz
520.882.1222
rveliz@swlaw.com

October 2, 2013

43045.00122

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

McMahon Properties, L.L.C.          Robert B. McMahon and Danita A. McMahon
4644 East Fort Lowell Road          4644 East Fort Lowell Road
Tucson, Arizona 85712               Tucson, Arizona 85712
Attention: Robert B. McMahon

RE:   **NOTICE OF PAYMENT DEFAULT AND DEMAND LETTER**

Ladies and Gentlemen:

This letter concerns that certain Loan Agreement, dated November 20, 2008 (as modified and amended from time to time; the "Loan Agreement"), by and among McMahon Properties, L.L.C., an Arizona limited liability company ("Borrower"), and Alliance Bank of Arizona, a division of Western Alliance Bank, an Arizona banking corporation, formerly known as Alliance Bank of Arizona, an Arizona banking corporation ("Lender"), pursuant to which Lender made a loan (the "Loan") to Borrower in the original principal amount of Six Million and No/100 Dollars ($6,000,000.00). The Loan is evidenced by that certain Secured Promissory Note dated November 20, 2008 (as modified and amended from time to time, the "Note"), and is secured by, among other things, that certain Deed of Trust and Fixture Filing (With Assignment of Rents and Security Agreement) (Variable Rate), dated November 20, 2008, executed by Borrower, as trustor, for the benefit of Lender, as beneficiary, recorded on November 21, 2008, in Docket 13439 at Page 1665, Official Records of Pima, Arizona (as amended from time to time, the "Deed of Trust"). The Loan is guaranteed pursuant to that certain Repayment Guaranty, dated as of November 20, 2008 (the "Guaranty"), executed by Robert B. McMahon and Danita A McMahon, husband and wife (collectively, jointly, severally, and jointly and severally, the "Guarantors"), in favor of Lender. The Loan Agreement, the Note, the Deed of Trust, the Guaranty, and any other document evidencing, securing, or guaranteeing the Loan, as amended, are referred to collectively herein as the "Loan Documents." This law firm represents Lender with regard to the above referenced Loan.

You previously received one or more letters from us notifying you that Borrower failed to make one or more of the required monthly loan payments due, and demanding payment thereof.

# Snell & Wilmer
L.L.P.

As a result of Borrower's failure to make such required payment, an Event of Default has occurred and is continuing under the Loan and the Loan Documents (collectively, the "Payment Defaults").

By letter dated August 29, 2013, we notified you of the existence of the Payment Defaults and that Lender had elected to commence legal action to enforce its rights under the Loan Documents, and collect amounts owed by Borrower and Guarantors to Lender. In connection therewith, Lender has initiated foreclosure proceedings with respect to the real and personal property collateral securing the Loan.

This letter constitutes written notice that Borrower has also failed to make the required monthly loan payment due on October 1, 2013 (the "Additional Payment Default"). Accordingly, Lender hereby makes demand that, on or before October 12, 2013, Borrower fully and completely cure the Additional Payment Default by paying to Lender, in certified funds, all principal, interest, and late charges currently due and owing, including all legal fees incurred by Lender. Upon your receipt of this notice of default, please contact Joseph W. Snapp at (520) 784-6005, for a current balance of all amounts owed and payment instructions. In the event Borrower fails to cure the Additional Payment Default on or before the date set forth above, such failure shall constitute an Event of Default under the Loan Documents.

Notwithstanding the foregoing, Lender expressly reserves, and does not waive, all of its rights under applicable law and the Note, the Loan Documents, and any other instruments and documents executed by Borrower and Guarantors in connection with the Loan, all of which remain in full force and effect. No failure or delay by Lender, with respect to the exercise of any right, power, privilege or remedy under any Loan Document or applicable law shall operate as a waiver thereof, and the single or partial exercise of any such right, power, privilege or remedy shall not preclude any later exercise of any other right, power, privilege or remedy. Lender hereby affirms and reinstates, to the extent necessary, that time is of the essence.

Please do not hesitate to contact the undersigned at (520) 882-1222 if you have any questions regarding the foregoing.

Very truly yours,

Snell & Wilmer

Roxanne Veliz

cc:  Joseph W. Snapp, Alliance Bank of Arizona (via email)
     Carmelita Galvan, Alliance Bank of Arizona (via email)

18028610

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

McMahon Properties, L.L.C.
Attn: R. B. McMahon
4644 E. Fort Lowell Rd
Tucson, AZ 85712-1111

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
Chandy Reed

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7011 1570 0001 9252 6568

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .66 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.03 |

Sent To   McMahon Properties, L.L.C.
Street, Apt. No.; or PO Box No.   4644 E. Fort Lowell Road
City, State, ZIP+4   Tucson AZ 85712-1111

PS Form 3800, August 2006

7011 1570 0001 9252 6568



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

R. B. McMahon & D. A. McMahon
4644 E Ft Lowell Rd
Tucson, AZ 85712-1111

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)  7012 1640 0000 4089 3795

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.31 |

Sent To R. B. McMahon & D.A. McMahon
Street, Apt. No.; or PO Box No. 4644 E Ft Lowell Rd
City, State, ZIP+4 Tucson, AZ 85712-111

7012 1640 0000 4089 3795

PS Form 3800, August 2006  See Reverse for Instructions



**Snell & Wilmer**
———L.L.P.———
LAW OFFICES

One South Church Avenue
Suite 1500
Tucson, Arizona 85701-1630
520.882.1200
520.884.1294 (Fax)
www.swlaw.com

DENVER
LAS VEGAS
LOS ANGELES
LOS CABOS
ORANGE COUNTY
PHOENIX
SALT LAKE CITY
TUCSON

Roxanne Veliz
520.882.1222
rveliz@swlaw.com

November 5, 2013

*
43045.00122

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

McMahon Properties, L.L.C.      Robert B. McMahon and Danita A. McMahon
4644 East Fort Lowell Road      4644 East Fort Lowell Road
Tucson, Arizona 85712      Tucson, Arizona 85712
Attention: Robert B. McMahon

RE:   **NOTICE OF PAYMENT DEFAULT AND DEMAND LETTER**

Ladies and Gentlemen:

    This letter concerns that certain Loan Agreement, dated November 20, 2008 (as modified and amended from time to time, the "Loan Agreement"), by and among McMahon Properties, L.L.C., an Arizona limited liability company ("Borrower"), and Alliance Bank of Arizona, a division of Western Alliance Bank, an Arizona banking corporation, formerly known as Alliance Bank of Arizona, an Arizona banking corporation ("Lender"), pursuant to which Lender made a loan (the "Loan") to Borrower in the original principal amount of Six Million and No/100 Dollars ($6,000,000.00). The Loan is evidenced by that certain Secured Promissory Note dated November 20, 2008 (as modified and amended from time to time, the "Note"), and is secured by, among other things, that certain Deed of Trust and Fixture Filing (With Assignment of Rents and Security Agreement) (Variable Rate), dated November 20, 2008, executed by Borrower, as trustor, for the benefit of Lender, as beneficiary, recorded on November 21, 2008, in Docket 13439 at Page 1665, Official Records of Pima, Arizona (as amended from time to time, the "Deed of Trust"). The Loan is guaranteed pursuant to that certain Repayment Guaranty, dated as of November 20, 2008 (the "Guaranty"), executed by Robert B. McMahon and Danita A McMahon, husband and wife (collectively, jointly, severally, and jointly and severally, the "Guarantors"), in favor of Lender. The Loan Agreement, the Note, the Deed of Trust, the Guaranty, and any other document evidencing, securing, or guaranteeing the Loan, as amended, are referred to collectively herein as the "Loan Documents." This law firm represents Lender with regard to the above referenced Loan.

    You previously received one or more letters from us notifying you that Borrower failed to make one or more of the required monthly loan payments due, and demanding payment thereof.

18195639

Snell & Wilmer is a member of LEX MUNDI, The Leading Association of Independent Law Firms

As a result of Borrower's failure to make such required payment, an Event of Default has occurred and is continuing under the Loan and the Loan Documents (collectively, the "Payment Defaults").

By letter dated August 29, 2013, we notified you of the existence of certain Payment Defaults and that Lender had elected to commence legal action to enforce its rights under the Loan Documents, and collect amounts owed by Borrower and Guarantors to Lender. In connection therewith, Lender has initiated foreclosure proceedings with respect to the real and personal property collateral securing the Loan.

This letter constitutes written notice that Borrower has also failed to make the required monthly loan payment due on November 1, 2013 (the "Additional Payment Default"). Accordingly, Lender hereby makes demand that, on or before November 15, 2013, Borrower fully and completely cure the Additional Payment Default by paying to Lender, in certified funds, all principal, interest, and late charges currently due and owing, including all legal fees incurred by Lender. Upon your receipt of this notice of default, please contact Joseph W. Snapp at (520) 784-6005, for a current balance of all amounts owed and payment instructions. In the event Borrower fails to cure the Additional Payment Default on or before the date set forth above, such failure shall constitute an Event of Default under the Loan Documents.

Notwithstanding the foregoing, Lender expressly reserves, and does not waive, all of its rights under applicable law and the Note, the Loan Documents, and any other instruments and documents executed by Borrower and Guarantors in connection with the Loan, all of which remain in full force and effect. No failure or delay by Lender, with respect to the exercise of any right, power, privilege or remedy under any Loan Document or applicable law shall operate as a waiver thereof, and the single or partial exercise of any such right, power, privilege or remedy shall not preclude any later exercise of any other right, power, privilege or remedy. Lender hereby affirms and reinstates, to the extent necessary, that time is of the essence.

Please do not hesitate to contact the undersigned at (520) 882-1222 if you have any questions regarding the foregoing.

Very truly yours,

Snell & Wilmer

Roxanne Veliz

cc:   Joseph W. Snapp, Alliance Bank of Arizona (via email)
      Carmelita Galvan, Alliance Bank of Arizona (via email)

18193639



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | 3.10 |
| Return Reciept Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage | 6.72 |

7004 0550 0001 0763 1331

Sent To
Street, Apt. No. or PO Box No.
City, State, ZIP

McMahon Properties, L.L.C.
4644 East Fort Lowell Road
Tucson, Arizona 85712
Attention: Robert B. McMahon

PS Form 3800

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert B. McMahon and Danita A.
McMahon
4644 East Fort Lowell Road
Tucson, Arizona 85712

43045.00122

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7004 0550 0001 0763 1348

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage   $ 1.12

Certified Fee   3.10

Return Receipt Fee
(Endorsement Required)   2.55

Restricted Delivery Fee
(Endorsement Required)

Total Postage   6.77

Sent To   Robert B. McMahon and Danita A.
McMahon

Street, Apt. No.
or PO Box No.   4644 East Fort Lowell Road
City, State, ZIP   Tucson, Arizona 85712

7004 0550 0001 0763 1348

PS Form 3800, June 2002   See Reverse for Instructions