| | |
|---|---|
| 1 | Matthew H. Sloan (No. 018632) |
| | E-mail: mhs@jhc-law.com |
| 2 | **JENNINGS, HAUG & CUNNINGHAM, L.L.P.** |
| | 2800 N. Central Avenue, Suite 1800 |
| 3 | Phoenix, AZ 85004-1049 |
| | Telephone: 602-234-7800 |
| 4 | Facsimile: 602-277-5595 |
| 5 | Attorneys for National Bank of Arizona |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceeding |
|---|---|
| MCMAHON PROPERTIES, LLC, | Case No.: 4:14-bk-00092-BMW |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Pursuant to Federal Bankruptcy Rule 9010(b), Matthew H. Sloan of the law firm of Jennings, Haug & Cunningham, L.L.P. hereby enters his appearance as attorneys of record for National Bank of Arizona, a creditor of this Debtor and Estate, and hereby requests that he receive copies of all filings in the administrative case, notice of all matters concerning this bankruptcy proceeding, and that he be placed on the master mailing list forthwith, as follows:

> Matthew H. Sloan
> Jennings, Haug & Cunningham, L.L.P.
> 2800 North Central Avenue, Suite 1800
> Phoenix, Arizona 85004-1049
> Telephone: (602) 234-7800
> Facsimile: (602) 277-5595

This request encompasses all notices, copies and pleadings referred to in Title 11 of the United States Code, and the Bankruptcy Rules, including, without limitation, notices of any order, motions, demand, complaints, petitions,

Case 4:14-bk-00092-BMW    Doc 19    Filed 01/16/14    Entered 01/16/14 18:00:37    Desc
Main Document    Page 1 of 3

pleadings or requests, applications and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect any interest of National Bank of Arizona.

Please take notice that the undersigned intends that neither this Request for Notices nor any later appearance, pleadings, claim, or suit shall waive: (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) the right to trial by jury in any proceeding so triable in this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupment to which National Bank of Arizona is entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED this 16th day of January, 2014.

JENNINGS, HAUG & CUNNINGHAM, L.L.P.

/s/ Matthew H. Sloan (#018632)
Matthew H. Sloan
Attorneys for National Bank of Arizona

Filed electronically and copies mailed this 16th day of January, 2014, to:

Scott D. Gibson
Law Office of Scott D. Gibson, PLLC
6303 E. Tanque Verde Road, Suite 210
Tucson, AZ 85715
Attorneys for Debtor

| | |
|---|---|
| 1 | Renee Sandler Shamblin<br>Office of the United States Trustee |
| 2 | 230 N. First Avenue, Suite 204<br>Phoenix, AZ 85003 |
| 3 | |
| 4 | /s/ T. Kido<br>3-107 tk |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |