Jonathan M. Saffer (AZB #022004)
Jill H. Perrella (AZB #026270)
SNELL & WILMER L.L.P.
One South Church Avenue, Suite 1500
Tucson, AZ 85701-1630
Telephone: (520) 882-1200
Facsimile (520) 884-1294
E-mail: jmsaffer@swlaw.com
       jperrella@swlaw.com
*Attorneys for Alliance Bank of Arizona*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In Re: | Proceedings Under Chapter 11 |
|---|---|
| MCMAHON PROPERTIES, LLC, | Case No. 4:14-bk-00092-BMW |
| Debtor. | **NOTICE OF LODGING ORDER GRANTING MOTION FOR EXPEDITED HEARING ON ALLIANCE BANK OF ARIZONA'S MOTION TO EXCUSE RECEIVER'S TURNOVER OF THE PROPERTY** |

**NOTICE IS HEREBY GIVEN** that on January 21, 2014, Alliance Bank of Arizona, a division of Western Alliance Bancorporation ("Alliance"), secured creditor in the above-captioned Chapter 11 bankruptcy case ("Bankruptcy Case") of McMahon Properties, LLC ("Debtor"), lodged a proposed order granting its *Motion for Expedited Hearing on Alliance Bank of Arizona's Motion to Excuse Receiver's Turnover of the Property* [Dkt. No. 16] ("Motion for Expedited Hearing"). A true and correct copy of the lodged order granting Alliance's Motion for Expedited Hearing is attached hereto as **Exhibit "A"**.

DATED this 21st day of January, 2014.

SNELL & WILMER L.L.P.

By  */s/ Jill H. Perrella*
Jonathan M. Saffer
Jill H. Perrella
One South Church Ave, Suite 1500
Tucson, AZ 85701-1630
*Attorneys for Alliance Bank of Arizona*

**COPY** of the foregoing served by U.S. Mail or electronic notification on January 21, 2014, to:

Scott D. Gibson
LAW OFFICE OF SCOTT D. GIBSON, PLLC
6303 E. Tanque Verde Rd., Ste. 210
Tucson, AZ 85715
ecf@sdglaw.net
*Attorney for Debtor*

Renee Sandler Shamblin
OFFICE OF THE U.S. TRUSTEE
230 N. First Ave., Ste. 204
Phoenix, AZ 85003-1706
renee.s.shamblin@usdoj.gov

William Scott Jenkins, Jr.
Alissa A. Brice
RYLEY CARLOCK & APPLEWHITE
One N. Central Ave., Ste. 1200
Phoenix, AZ 85004-4417
sjenkins@rcalaw.com
abrice@rcalaw.com
*Attorneys for Resolute Commercial Services*


/s/     Jill H. Perrella

- 2 -