# EXHIBIT A

Snell & Wilmer
L.L.P.
LAW OFFICES
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
(520) 882-1200

1
2
3
4
5
6
7

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In Re: | Proceedings Under Chapter 11 |
|---|---|
| MCMAHON PROPERTIES, LLC, | Case No. 4:14-bk-00092-BMW |
| Debtor. | **ORDER GRANTING MOTION FOR EXPEDITED HEARING ON ALLIANCE BANK OF ARIZONA'S MOTION TO EXCUSE RECEIVER'S TURNOVER OF THE PROPERTY** |
| | Date: January 24, 2014<br>Time: 10:00 a.m.<br>Location: U.S. Bankruptcy Court<br>38 S. Scott Ave.<br>Tucson, AZ 85701<br>Courtroom 446 |

Upon consideration of the *Motion for Expedited Hearing on Alliance Bank of Arizona's Motion to Excuse Receiver's Turnover of the Property* [Dkt. No. 16] ("Motion for Expedited Hearing") filed by Alliance Bank of Arizona, a division of Western Alliance Bancorporation ("Alliance"), secured creditor in the above-captioned Chapter 11 bankruptcy case ("Bankruptcy Case") of McMahon Properties, LLC ("Debtor"), requesting that the Court set an expedited hearing on *Alliance Bank of Arizona's Motion to Excuse Receiver's Turnover of the Property* [Dkt. No. 14] ("Turnover Motion"), and for good cause appearing therefore:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion for Expedited Hearing is granted, and that a hearing will be held on the Turnover Motion on

| | |
|---|---|
| 1 | **Friday, January 24, 2014** at **10:00 a.m.** before the Honorable Brenda Moody Whinery at |
| 2 | the United States Bankruptcy Court located at 38 S. Scott Ave., Tucson, AZ 85701, |
| 3 | Courtroom 446. |
| 4 | **IT IS FURTHER ORDERED** that the deadline to file and serve any opposition to |
| 5 | the Turnover Motion is Thursday, January 23, 2014 by 12:00 p.m. |
| 6 | **SIGNED AND DATED AS INDICATED ABOVE.** |

Snell & Wilmer
L.L.P.
LAW OFFICES
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
(520) 882-1200