
LAW OFFICE OF
**SCOTT D. GIBSON, PLLC**
6303 E. TANQUE VERDE, SUITE 210
TUCSON, ARIZONA 85715
(520) 784-2600
SBN: 007395
ecf@sdglaw.net

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>MCMAHON PROPERTIES, LLC,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>NO. 4-14-bk-00092-BMW<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS PURSUANT TO RULE 1007(c)** |

The Debtor having filed its Motion for Extension of Time to File Schedules and Statement of Financial Affairs Pursuant to Rule 1007(c), and good cause appearing, it is hereby ordered granting the Debtor an extension of time to and including February 3, 2014, to file its schedules and statement of financial affairs in the above case.

**DATED AND SIGNED ABOVE**

ORDER FOR EXT.doc