THIS ORDER IS APPROVED.

Dated: January 23, 2014

*Brenda Whinery*

Brenda Moody Whinery, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

MCMAHON PROPERTIES, LLC,

Debtor.

Chapter 11 Proceedings

Case No. 4:14-bk-00092-BMW

**AMENDED STIPULATED ORDER EXCUSING COMPLIANCE WITH SECTION 543 OF THE BANKRUPTCY CODE**

Upon consideration of the Motion to Excuse Receiver's Turnover of the Property (the "Motion") filed by Western Alliance Bank's (the "Bank") to permit John Mitchell by and through Resolute Commercial Services, LLC (the "Receiver"), to remain as the State Court appointed receiver for the subject commercial retail property located in Tucson, Arizona and more fully described in the Motion (the "Property"), the parties' desire to postpone the scheduled hearing on such Motion until on or after February 14, 2014 and to preserve the status quo pending the rescheduled hearing, and good cause having been shown,

IT IS ORDERED THAT:

1. Receiver is excused from complying with the turnover requirements of Section 543 of the Bankruptcy Code, authorized to remain in possession, custody, and control of the Property and to serve as the receiver for the Property through February 14, 2014, or as otherwise agreed upon by the Debtor, Bank and Receiver and approved by the Court;

2. Receiver shall continue to invoice and collect the Property's rents and other income;

3. Receiver is authorized to pay from the Property's pre-and post- petition income the Property's ordinary and necessary business expenses, including but not limited to the utilities;

4. Receiver's pre-and post-petition fees, expenses and costs are subject to the approval of the Bankruptcy Court; and

5. The hearing scheduled for January 24, 2014 is continued to February 12, 2014 at 1:30 p.m. at same address and Courthouse room.

**DATED AND SIGNED ABOVE.**

AGREED TO:

**RYLEY CARLOCK & APPLEWHITE**

By: W. Scott Jenkins, Jr.
    W. Scott Jenkins, Jr.
    Alissa A. Brice
    Attorneys for Receiver

**SNELL & WILMER LLP**

By: Jonathan M. Saffer (w/permission)
    Jonathan M. Saffer
    Jill H. Perrella
    Attorneys for Western Alliance Bank

**LAW OFFICE OF SCOTT D. GIBSON, PLLC**

By: Scott D. Gibson (w/permission)
    Scott D. Gibson
    Attorneys for Debtors

The foregoing document was electronically filed with the U.S. Bankruptcy Court on this 23rd day of January, 2014.

A copy of the foregoing was served upon the following parties by First Class U.S. Mail on this 24th day of January, 2014:

Scott D. Gibson
Law Office of Scott D. Gibson, PLLC
6303 East Tanque Verde Road, Suite 210
Tucson, Arizona 85715
Attorney for Debtor

Renee Sandler Shamblin
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706

By: /s/ Tina Sun-Angell