FORM dfdeclar
revised 12/09/2013

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 4:14–bk–00092–BMW

MCMAHON PROPERTIES, LLC  Chapter: 11
4644 E. FORT LOWELL RD.
TUCSON, AZ 85712–1111
**SSAN:**
**EIN:** 86–0888140

Debtor(s)

---

## WARNING NOTICE TO ATTORNEY(S)

## RE: NON–COMPLIANCE WITH LOCAL RULE 1007–1(c)

A review of the case docket on 2/4/14 indicates that you have not yet filed a DECLARATION RE: ELECTRONIC FILING. A completed, original, signed Declaration is required to be filed in paper form with the Clerk's Office no later than 21 days after the date the petition was filed, or if an extension for schedules has been granted, no later than 7 days after the schedules and statements are filed. Pursuant to Local Rule 1007–1(c), failure to timely comply with this requirement shall result in dismissal of the case.

Local Rule 1007–1 states:

> **Lists, Schedules and Statements**
> . . . .
> **(c) Declaration.** An original executed declaration containing a verification of the petition, lists, schedules, statement of affairs and debtor's social security number, in the form prescribed by the clerk, shall be filed with the clerk as a separate document. Failure to timely file the signed original declaration within 21 days after the date the petition was filed or, in the event an extension has been granted to file the schedules and statements, no later than seven days after the schedules and statements are filed shall result in dismissal of the case without further notice.

This Warning Notice is sent as a courtesy reminder that the Declaration, as of the review date, was not on file in this case. It must be received in the Clerk's Office by the due date or the case will be dismissed. For your use and reference, a copy of the Declaration form is attached. The form in fillable pdf format is also found on the court's website at www.azb.uscourts.gov under "Forms and Publications".

The signed, original Declaration may be submitted by mail or filed in person at the Bankruptcy Clerk's Office.

| | | |
|---|---|---|
| U.S. Bankruptcy Court | U.S. Bankruptcy Court | U.S. Bankruptcy Court |
| 230 N. First Ave., Suite 101 | 38 South Scott Avenue | 98 W. First Street, Suite 270 |
| Phoenix, AZ 85003 | Tucson, AZ 85701 | Yuma, AZ 85364 |

– – – NOTICE CONTINUES ON NEXT PAGE – – –

**Date: February 4, 2014**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701–1704
Telephone number: (520) 202–7500
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

## George Prentice

By: LaTosha T, Deputy Clerk
Phone: 520–202–7902

In re:

Chapter:

Case No.:

## DECLARATION RE: ELECTRONIC FILING

**PART I – DECLARATION OF PETITIONER:**

    I [We] _____ and _____ , the undersigned debtor(s), corporate officer or partnership member, hereby declare under penalty of perjury that the information I have given my attorney and the information, including social security numbers, provided in the completed petition, lists, statements and schedules is true and correct. I have reviewed and signed each of the foregoing completed documents and my attorney has provided me with a signed copy of each to retain for my records. I consent to my attorney electronically filing the completed petition, lists, statements and schedules with the United States Bankruptcy Court. I understand that this **DECLARATION RE: ELECTRONIC FILING** is to be filed with the Clerk after all schedules and statements have been filed electronically but, in no event, no later than 21 days after the date the petition was filed or, in the event an extension has been granted, no later than 7 days after the schedules and statements are filed. I understand that failure to file the signed original of this **DECLARATION** will cause my case to be dismissed without further notice.

☐ [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]

I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter specified in the petition.

**DATED:**_____,

**SIGNED:**_____       _____
             Debtor                                                              Joint Debtor

**SIGNED:**_____
             Authorized Corporate Office or Partnership Member

**PART II – DECLARATION OF ATTORNEY:**

    I declare as follows: The debtor(s) will have signed this form before I submit the petition, schedules and statements. I will give the debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court and have complied with all other requirements in the most recent Interim Operating Order. If an individual, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter.

**DATED:**_____,     _____
                                                                                 Attorney for Debtor(s)

(FILE ORIGINAL WITH COURT. DO NOT FILE ELECTRONICALLY)