Jonathan M. Saffer (AZB #022004)
Jill H. Perrella (AZB #026270)
SNELL & WILMER L.L.P.
One South Church Avenue, Suite 1500
Tucson, AZ 85701-1630
Telephone: (520) 882-1200
Facsimile (520) 884-1294
E-mail: jmsaffer@swlaw.com
jperrella@swlaw.com
*Attorneys for Alliance Bank of Arizona*

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re:<br><br>MCMAHON PROPERTIES, L.L.C.,<br><br>Debtor. | Proceedings Under Chapter 11<br><br>Case No. 4:14-bk-00092-BMW<br><br>**NOTICE OF LODGING ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION OF DEBTOR MCMAHON PROPERTIES, L.L.C.** |

**NOTICE IS HEREBY GIVEN** that on February 7, 2014, Alliance Bank of Arizona ("Alliance") lodged a proposed Order granting its *Motion for Rule 2004 Examination of Debtor McMahon Properties, L.L.C.* [Dkt. No. 39] ("Motion"). A true and correct copy of the lodged Order granting the Motion is attached hereto as **Exhibit "A".**

DATED this 7th day of February, 2014.

SNELL & WILMER L.L.P.

By */s/ Jill H. Perrella*
Jonathan M. Saffer
Jill H. Perrella
One South Church Ave, Suite 1500
Tucson, AZ 85701-1630
*Attorneys for Alliance Bank of Arizona*

**COPY** of the foregoing served by U.S. Mail or electronic notification on February 7, 2014, to:

Scott D. Gibson
LAW OFFICE OF SCOTT D. GIBSON, PLLC
6303 E. Tanque Verde Rd., Ste. 210
Tucson, AZ 85715
ecf@sdglaw.net
*Attorney for Debtor*

Renee Sandler Shamblin
OFFICE OF THE U.S. TRUSTEE
230 N. First Ave., Ste. 204
Phoenix, AZ 85003-1706
renee.s.shamblin@usdoj.gov

William Scott Jenkins, Jr.
Alissa A. Brice
RYLEY CARLOCK & APPLEWHITE
One N. Central Ave., Ste. 1200
Phoenix, AZ 85004-4417
sjenkins@rcalaw.com
abrice@rcalaw.com
*Attorneys for Resolute Commercial Services*

Matthew H. Sloan
JENNINGS, HAUG & CUNNINGHAM, L.L.P.
2800 N. Central Ave., Ste. 1800
Phoenix, AZ 85004-1049
mhs@jhc-law.com
*Attorneys for National Bank of Arizona*

*/s/ Jill H. Perrella*

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000