Jonathan M. Saffer (AZB #022004)
Jill H. Perrella (AZB #026270)
SNELL & WILMER L.L.P.
One South Church Avenue, Suite 1500
Tucson, AZ 85701-1630
Telephone: (520) 882-1200
Facsimile (520) 884-1294
E-mail: jmsaffer@swlaw.com
jperrella@swlaw.com
*Attorneys for Alliance Bank of Arizona*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re:<br><br>MCMAHON PROPERTIES, L.L.C.,<br><br>Debtor. | Proceedings Under Chapter 11<br><br>Case No. 4:14-bk-00092-BMW<br><br>**NOTICE OF RESCHEDULED RULE 2004 EXAMINATION OF DEBTOR MCMAHON PROPERTIES, L.L.C.** |

**NOTICE IS HEREBY GIVEN** that pursuant to this Court's *Order Granting Motion for Rule 2004 Examination of Debtor McMahon Properties, L.L.C.* [Dkt. No. 42] ("Order"), a designated representative of the Debtor is to appear at the time and place stated, before an officer authorized by law to administer oaths, and that the Debtor shall produce the documents specified in Exhibit "A" to the Order. The deposition will be recorded by stenographic means.

| | |
|---|---|
| **Person to be Examined:** | Designated Representative of McMahon Properties, L.L.C. |
| **Date and Time of Production of Documents:** | Wednesday, February 26, 2014; 5:00 p.m. |
| **Location of Production of Documents:** | Snell & Wilmer L.L.P.<br>One S. Church Ave. Ste. 1500<br>Tucson, AZ 85701 |
| **Date and Time of Examination:** | Tuesday, March 4, 2014 at 9:00 a.m. |
| **Place of Examination:** | Snell & Wilmer L.L.P.<br>One S. Church Ave. Ste. 1500<br>Tucson, AZ 85701 |

RESPECTFULLY SUBMITTED this 13th day of February, 2014.

SNELL & WILMER L.L.P.

By */s/ Jill H. Perrella*
Jonathan M. Saffer
Jill H. Perrella
One South Church Ave, Suite 1500
Tucson, AZ 85701-1630
*Attorneys for Alliance Bank of Arizona*

**COPY** of the foregoing served by U.S. Mail or electronic notification on February 13, 2014, to:

Scott D. Gibson
LAW OFFICE OF SCOTT D. GIBSON, PLLC
6303 E. Tanque Verde Rd., Ste. 210
Tucson, AZ 85715
ecf@sdglaw.net
*Attorney for Debtor*

Renee Sandler Shamblin
OFFICE OF THE U.S. TRUSTEE
230 N. First Ave., Ste. 204
Phoenix, AZ 85003-1706
renee.s.shamblin@usdoj.gov

William Scott Jenkins, Jr.
Alissa A. Brice
RYLEY CARLOCK & APPLEWHITE
One N. Central Ave., Ste. 1200
Phoenix, AZ 85004-4417
sjenkins@rcalaw.com
abrice@rcalaw.com
*Attorneys for Resolute Commercial Services*

Matthew H. Sloan
JENNINGS, HAUG & CUNNINGHAM, L.L.P.
2800 N. Central Ave., Ste. 1800
Phoenix, AZ 85004-1049
mhs@jhc-law.com
*Attorneys for National Bank of Arizona*

*/s/ Jill H. Perrella*