| | |
|---|---|
| | LAW OFFICE OF<br>**SCOTT D. GIBSON, PLLC**<br>6303 E. TANQUE VERDE, SUITE 210<br>TUCSON, ARIZONA 85715<br>(520) 784-2600<br>SBN: 007395<br>ecf@sdglaw.net |

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>MCMAHON PROPERTIES, LLC,<br><br>Debtor. | In Proceedings Under<br>Chapter 11<br><br>NO. 4-14-bk-00092-BMW<br><br>**NOTICE OF LODGING ORDER** |

Notice is hereby given that the Debtor has lodged an Order Authorizing Retention of Attorneys, a copy of which is attached hereto.

DATED this 17th day of February, 2014.

                              LAW OFFICE OF SCOTT D. GIBSON, PLLC


                              By: /s/ Scott D. Gibson (007395)
                                  Scott D. Gibson
                                  Attorneys for Debtor

NO OF LODGING ORDER.doc

Case 4:14-bk-00092-BMW   Doc 45   Filed 02/17/14   Entered 02/17/14 14:04:17   Desc
Main Document    Page 1 of 3

LAW OFFICE OF
**SCOTT D. GIBSON, PLLC**
6303 E. TANQUE VERDE, SUITE 210
TUCSON, ARIZONA 85715
(520) 784-2600
SBN: 007395
ecf@sdglaw.net

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>MCMAHON PROPERTIES, LLC,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>NO. 4-14-bk-00092-BMW<br><br>**ORDER AUTHORIZING RETENTION OF ATTORNEYS** |

   This matter having come before the Court pursuant to the Application of Debtor for Retention of Attorneys, and good cause appearing therefor,

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Debtor shall be, and hereby is, authorized to retain The Law Office of Scott D. Gibson ("SDG") as attorneys for the Debtor in this chapter 11 case. SDG does not hold or represent any material adverse interest to the Debtor or the estate with respect to the professional services which are to be rendered to and on behalf of the Debtor, and is therefore disinterested within the meaning of 11 U.S.C. § 101(14). Except as noted below, the compensation for all the services rendered by SDG on behalf of the Debtor from and after the date of the filing of the Debtor's petition through the date of the first meeting of creditors will be billed at a flat rate of $10,000.00, which has been paid by the Debtor with a pre-petition retainer. Fees and costs from and after the meeting of

ORDER TO EMPLOY SDG.doc

creditors, and for any adversary litigation, shall be in addition to the flat fee, and all fees and costs, including the flat fee, shall be determined in accordance with 11 U.S.C. §§ 327, 329, 330 and 331 and Federal Rule of Bankruptcy Procedure 2016.

**DATED AND SIGNED ABOVE**

ORDER TO EMPLOY SDG.doc