Matthew H. Sloan (No. 018632)
E-mail: mhs@jhc-law.com
**JENNINGS, HAUG & CUNNINGHAM, L.L.P.**
2800 N. Central Avenue, Suite 1800
Phoenix, AZ 85004-1049
Telephone: 602-234-7800
Facsimile: 602-277-5595

Attorneys for National Bank of Arizona

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceeding |
|---|---|
| MCMAHON PROPERTIES, LLC, | Case No.: 4:14-bk-00092-BMW |
| Debtor. | **NOTICE OF NON-CONSENT TO USE OF CASH COLLATERAL** |

National Bank of Arizona ("NB|AZ") notifies the Debtor and any other interested parties that: (1) NB|AZ claims an interest in the Debtor's cash, deposit accounts as well as any rents received by Debtor from the real property located at 6464 East Tanque Verde Road, Tucson, Arizona 85715 (referred to as "Cash Collateral"); (2) NB|AZ does not consent to the use of Cash Collateral; and (3) said Cash Collateral may not be used by the Debtor pursuant to 11 U.S.C. § 363(c)(2) unless this Court enters an Order authorizing said use. NB|AZ further advises the Debtor and its counsel of the duty pursuant to 11 U.S.C. § 363(c)(4) to segregate and account for any Cash Collateral.

NBAZ has a properly perfected, first priority security interest in the Cash Collateral by virtue of a Promissory Note and Business Loan Agreement secured by, among other things:

///

1. That certain Deed of Trust and Fixture Filing dated September 6, 2007, recorded on September 10, 2007, at Docket 13136 at Page 1591 (Sequence No. 20071750462), Official Records of the Pima County Recorder.

2. That certain Assignment of Rents dated September 6, 2007, given to Lender by Borrower, as grantor, recorded on September 10, 2007, at Docket 13136, Page 1609 (Sequence No. 20071750463), Official Records of the Pima County Recorder.

3. Modification of Deed of Trust dated November 29, 2007, recorded on December 19, 2007, at Docket 13205, Page 2009 (Sequence No. 20072440456), Official Records of the Pima County Recorder.

4. That certain Assignment of Rents dated November 29, 2007, given to Lender by Borrower, as grantor, recorded on December 19, 2007, at Docket 13205, Page 2015 (Sequence No. 20072440457), Official Records of the Pima County Recorder.

5. That certain Commercial Security Agreement dated November 29, 2007 as evidenced by a UCC-1 filing with the Arizona Secretary of State on December 18, 2007, at document number 200715184268.

Copies of the above-referenced documents are attached hereto as Exhibits "A," "B," "C," "D" and "E," respectively, and incorporated herein by reference.

DATED this 18th day of February, 2014.

JENNINGS, HAUG & CUNNINGHAM, L.L.P.

/s/ Matthew H. Sloan (#018632)
Matthew H. Sloan
Attorneys for National Bank of Arizona

| | |
|---|---|
| 1 | Filed electronically and copies mailed this 18th day of February, |
| 2 | 2014, to: |
| 3 | Scott D. Gibson |
| | Law Office of Scott D. Gibson, PLLC |
| 4 | 6303 E. Tanque Verde Road, Suite 210 |
| | Tucson, AZ 85715 |
| 5 | Attorneys for Debtor |
| 6 | Renee Sandler Shamblin |
| | Office of the United States Trustee |
| 7 | 230 N. First Avenue, Suite 204 |
| | Phoenix, AZ 85003 |
| 8 | |
| 9 | /s/ T. Kido |
| | 968-244 tk |
| 10 | |