THIS ORDER IS APPROVED.

Dated: February 23, 2014



*Brenda Whinery*

**Brenda Moody Whinery, Bankruptcy Judge**

_____

LAW OFFICE OF
**SCOTT D. GIBSON, PLLC**
6303 E. TANQUE VERDE, SUITE 210
TUCSON, ARIZONA 85715
(520) 784-2600
SBN: 007395
ecf@sdglaw.net

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>MCMAHON PROPERTIES, LLC,<br><br>Debtor. | In Proceedings Under<br>Chapter 11<br><br>NO. 4-14-bk-00092-BMW<br><br>**ORDER DIRECTING TURNOVER** |

This matter having come before the Court pursuant to the Motion to Excuse Receiver's Turnover of the Property filed herein by Alliance Bank of Arizona (the "Bank"), and after considering the Motion and the arguments of counsel, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The Debtor is authorized to take such steps as necessary to reestablish any and all accounts, including utilities and banking accounts, established for the Debtor by Resolute Commercial Services, LLC, as the state court-appointed Receiver, as they existed prior to the establishment of the receivership;

2. The Receiver is no longer authorized to manage the accounts of the Debtor or have access to the funds contained therein, but all payments for ordinary and necessary business expenses issued prior to the entry of this Order shall be processed in the normal course; and

ORDER DIRECTING TURNOVER.doc

3. Within five (5) business days of the date of this Order, the Receiver shall file with this Court and deliver to the Debtor an accounting of all receipts and disbursements received or made on behalf of the Debtor; and shall deliver to the Debtor all books, records, correspondence, bills, statements, and other assets of the Debtor in the possession of the Receiver.

**DATED AND SIGNED ABOVE**

LAW OFFICE OF
**SCOTT D. GIBSON, PLLC**
6303 E. TANQUE VERDE, SUITE 210
TUCSON, ARIZONA 85715
(520) 784-2600

ORDER DIRECTING TURNOVER.doc