Jonathan M. Saffer (AZB #022004)
Jill H. Perrella (AZB #026270)
SNELL & WILMER L.L.P.
One South Church Avenue, Suite 1500
Tucson, AZ 85701-1630
Telephone: (520) 882-1200
Facsimile (520) 884-1294
E-mail: jmsaffer@swlaw.com
jperrella@swlaw.com
*Attorneys for Alliance Bank of Arizona*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>MCMAHON PROPERTIES, L.L.C.,<br><br>Debtor. | Proceedings Under Chapter 11<br><br>Case No. 4:14-bk-00092-BMW |
| ALLIANCE BANK OF ARIZONA, a division of Western Alliance Bank,<br><br>Movant,<br><br>v.<br><br>MCMAHON PROPERTIES, L.L.C., an Arizona limited liability company,<br><br>Respondent. | **DECLARATION OF WARREN FORSYTHE IN SUPPORT OF ALLIANCE BANK OF ARIZONA'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY; OR, ALTERNATIVELY, REQUEST FOR ADEQUATE PROTECTION** |

I, Warren Forsythe, being first duly sworn upon oath, depose and say as follows:

1. I am over 18 years of age and am duly authorized to make this Declaration.

2. I am a Senior Vice President at Alliance Bank of Arizona ("Alliance"), secured creditor in the above-captioned Chapter 11 bankruptcy case ("Bankruptcy Case") of McMahon Properties, L.L.C. ("Debtor"), and the movant in this matter.

3. All of the facts stated herein are based upon my personal knowledge, or are derived from the records of Alliance, which are kept in the ordinary course of Alliance's business.

4. If called to testify as a witness, I would testify to the matters stated herein. I am competent to attest to the matters contained herein.

5. This Declaration is submitted in connection with the concurrently filed "Alliance Bank of Arizona's Motion for Relief from the Automatic Stay; or,

Alternatively, Request for Adequate Protection" ("Motion").

6. As set forth in the Motion, on or about November 20, 2008, Debtor executed in favor of Alliance that certain "Promissory Note" (the "Note") evidencing a loan by Alliance to Debtor in the principal amount of $6,000,000.00 together with interest and other amounts as set forth therein (the "Loan"). A true and correct copy of the Note is attached to the Motion as Exhibit A.

7. The Loan is secured by, among other things, that certain "Deed of Trust and Fixture Filing (With Assignment of Rents and Security Agreement)" dated November 21, 2008, executed by Debtor in favor of Alliance and was recorded on November 21, 2008, at Sequence No. 20082270419, Official Records of Pima County Recorder, Arizona (the "Deed of Trust"). The Deed of Trust granted a security interest to Alliance in, among other things, certain real and personal property described more specifically in Exhibit A of the Deed of Trust as the "Property" (hereinafter, the "Property"). A true and correct copy of the recorded Deed of Trust is attached to the Motion as Exhibit B.

8. In particular, the Property conveyed in the Deed of Trust includes, among other things, the real property described in Exhibit A attached thereto, together with "any and all buildings and other improvements now or hereafter erected," "easements," "leases," "rents" and all other property interests, whether real, personal, tangible or intangible as more specifically defined and/or described in the Deed of Trust.

9. By and through Article II of the Deed of Trust, Debtor "absolutely and irrevocably" assigned to Alliance, all Leases and Rents, as defined therein, from the Property and conferred upon Alliance the "right, power and authority to collect the Rents."

10. Pursuant to the terms of the Deed of Trust including Section 3.6 therein, to the extent the Property included any personal property interests subject to the Uniform Commercial Code ("UCC"), the Deed of Trust is effective as a financing statement filed as a fixture filing and granted to Alliance a security interest in such property.

Snell & Wilmer
L.L.P.
LAW OFFICES
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
(520) 882-1200

18832929

11. On or about November 20, 2008, Robert B. McMahon and Danita A. McMahon ("Guarantors") executed a certain "Repayment Guaranty" ("Guaranty") in favor of Alliance and to its successors, endorsees and/or assigns. Among other things, Guarantors agreed that their obligations under the Guaranty constitute a guaranty of payment and not of collectability.

12. Pursuant to the Guaranty, Guarantors unconditionally and irrevocably, jointly and severally, guaranteed payment of the principal balance of the Loan, in accordance with its terms when due. A true and correct copy of the Guaranty is attached to the Motion as Exhibit C.

13. The Note, Deed of Trust, Guaranty, and any and all other documents defining, modifying, or otherwise affecting the parties' rights and obligations with respect to the Loan are herein collectively referred to as the "Loan Documents."

14. Pursuant to Section 4.1 of the Deed of Trust, an "Event of Default" includes the failure of Debtor to pay any monetary amount when due under any Loan Document and the expiration of ten (10) days after written notice of such failure by Alliance.

15. Debtor failed to make the monthly payments as required under the Loan Documents. Alliance provided Notice of Payment Default and Demand Letters to Debtor on or about February 5, 2013; July 17, 2013; July 29, 2013; August 14, 2013; August 29, 2013; September 20, 2013; October 2, 2013; and November 5, 2013. The notices provided that the Loan was in default under the Loan Documents for, among other things, failure to make the required monthly Loan payments when due. True and correct copies of these notices are attached to the Motion as Exhibit D.

16. To date and despite demand, the Debtor has refused to pay to Alliance amounts due under the Loan Documents.

17. Pursuant to Article IV of the Deed of Trust, upon an "Event of Default," Alliance is entitled to, among other things, accelerate the indebtedness, seek to have a receiver appointed, collect the "Rents," foreclose on the Property, proceed by suit to

enforce the payment of the indebtedness, and to otherwise seek any other right or remedy available at law or equity.

18. On October 7, 2013, Alliance recorded a "Notice of Trustee's Sale" for the Property with the Pima County Recorder at Sequence No. 20132800301. A true and correct copy of this notice is attached to the Motion as Exhibit E. A Trustee's Sale of the Property was appropriately noticed for January 9, 2014.

19. On November 27, 2013, Alliance filed its Verified Complaint for Appointment of Receiver (the "Complaint") in the Arizona Superior Court of Pima County (the "State Court") commencing Case No. CV-20136564 (the "Receivership Action").

20. On December 9, 2013, the Court entered the "Order Appointing Receiver" (the "Receivership Order"), by which Resolute Commercial Services ("Resolute") was appointed as the Receiver (the "Receiver") over the Property.

21. On January 3, 2014 ("Petition Date"), days prior to the scheduled Trustee's Sale of the Property, Debtor filed a petition for relief initiating the instant Bankruptcy Case.

22. Pursuant to, among other things, the Deed of Trust, Alliance possesses a valid, perfected, and enforceable first priority security interest in and to the Property.

23. Alliance has received no payments from Debtor since September 2013.

24. As of the Petition Date, the outstanding balance due under the Loan Documents is $5,616,907.38, which is comprised of $5,269,666.74 of principal and $347,240.64 of accrued and accruing interest, late fees, default interest, attorneys' fees, and fees and costs due under the Loan Documents. Interest, fees, costs, and attorneys' fees and costs have accrued and continue to accrue under the Loan Documents. Additionally, property taxes related to the Property in the approximate amount of $340,000.00 have accrued and continue to accrue.

DATED this 21st day of February, 2014.

_____
Warren Forsythe
Senior Vice President, Alliance Bank of Arizona

Snell & Wilmer L.L.P.
LAW OFFICES
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
(520) 882-1200

18832929

COPY of the foregoing served by U.S. Mail or
electronic notification on this 24th day of February, 2014 to:

Scott D. Gibson
LAW OFFICE OF SCOTT D. GIBSON, P.L.L.C.
6303 E. Tanque Verde Rd., Ste. 210
Tucson, AZ 85715
ecf@sdglaw.net
*Attorney for Debtor*

Renee Sandler Shamblin
OFFICE OF THE U.S. TRUSTEE
230 N. First Ave., Ste. 204
Phoenix, AZ 85003-1706
renee.s.shamblin@usdoj.gov

William Scott Jenkins, Jr.
Alissa A. Brice
RYLEY CARLOCK & APPLEWHITE
One N. Central Ave., Ste. 1200
Phoenix, AZ 85004-4417
sjenkins@rcalaw.com
abrice@rcalaw.com
*Attorneys for Resolute Commercial Services*

Matthew H. Sloan
JENNINGS, HAUG & CUNNINGHAM, L.L.P.
2800 N. Central Ave., Ste. 1800
Phoenix, AZ 85004-1049
mhs@jhc-law.com
*Attorneys for National Bank of Arizona*

**List of Creditors Holding 20 Largest Unsecured Claims**

Pima County Treasurer
P.O. Box 29011
Phoenix, AZ 85038-9011

CB Richard Ellis, Inc.
File 056411 Location 2158
Los Angeles, CA 90074

The Sage Tax Group, Inc.
5995 E. Grant Rd., Ste. 100
Tucson, AZ 85712-2354

Watson Refrigeration
4717 S. Irving Ave.
Tucson, AZ 85714-2113

Beach Fleischman PC
P.O. Box 64130
Tucson, AZ 85728-4130

18832929

| | |
|---|---|
| 1 | City of Tucson Water<br>P.O. Box 28804 |
| 2 | Tucson, AZ 85726-8804 |
| 3 | Tucson Electric Power<br>P.O. Box 80077 |
| 4 | Prescott, AZ 86304-8077 |
| 5 | All American Pest Control<br>P.O. Box 31988 |
| 6 | Tucson, AZ 85751-1988 |
| 7 | A.I.S., Inc.<br>4300 S. Station Master Dr. |
| 8 | Tucson, AZ 85714-3293 |
| 9 | Swisher<br>P.O. Box 473526 |
| 10 | Charlotte, NC 28247-3526 |
| 11 | City of Tucson License Section<br>255 W. Alameda St. |
| 12 | Tucson, AZ 85701-1303 |
| 13 | Tucson Backflow<br>P.O. Box 57341 |
| 14 | Tucson, AZ 85732-7341 |
| 15 | Phillips Plumbing<br>P.O. Box 32523 |
| 16 | Tucson, AZ 85751-2523 |
| 17 | |
| 18 | Roadrunner Lock & Safe<br>4444 E. Grant Rd. Ste. 112<br>Tucson, AZ 85712-2647 |
| 19 | |
| 20 | Truly Nolen Exterminating<br>3620 E. Speedway Blvd. #110<br>Tucson, AZ 85716-4018 |
| 21 | |
| 22 | United Fire Equipment Co.<br>335 N. 4th Ave.<br>Tucson, AZ 85705-8442 |
| 23 | |
| 24 | /s/ Clarrissa Palma |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

18832929

Snell & Wilmer
L.L.P.
LAW OFFICES
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
(520) 882-1200