LAW OFFICE OF
**SCOTT D. GIBSON, PLLC**
6303 E. TANQUE VERDE, SUITE 210
TUCSON, ARIZONA 85715
(520) 784-2600
SBN: 007395
ecf@sdglaw.net

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>MCMAHON PROPERTIES, LLC,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>NO. 4-14-bk-00092-BMW<br><br>**RESPONSE TO NOTICE OF NON-CONSENT TO USE OF CASH COLLATERAL FILED BY NATIONAL BANK OF ARIZONA** |

McMahon Properties, LLC, the Debtor and Debtor-in-Possession in the above-captioned chapter 11 case ("Debtor"), hereby responds to the Notice of Non-Consent to Use of Cash Collateral filed herein by National Bank of Arizona, and hereby agrees to the terms of the Non-Consent to Use of Cash Collateral, and agrees that it will not use any cash collateral from the real property and/or rents of the collateral held by National Bank of Arizona pending further order of this Court.

RESP TO CAC MOTION.doc

LAW OFFICE OF
SCOTT D. GIBSON, PLLC
6303 E. TANQUE VERDE, SU7TE 210
TUCSON, ARIZONA 85715
(520) 784-2600

RESPECTFULLY SUBMITTED this 5th day of March, 2014.

LAW OFFICE OF SCOTT D. GIBSON, PLLC

By: /s/ Scott D. Gibson (007395)
Scott D. Gibson
Attorneys for Debtor

CERTIFICATE OF SERVICE

Original electronically filed and copies of the foregoing served via the Court's CM/ECF Notification System this 5th day of March, 2014, on all Electronic Case Filing Participants that have appeared in the above-captioned case, or U.S. Mail to parties not registered through CM/ECF.

Renee Sandler Shamblin
United States Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003

W. Scott Jenkins, Jr.
RYLEY CARLOCK & APPLEWHITE
One North Central Avenue, Suite 1200
Phoenix, AZ 85004
Attorneys for Resolute Commercial Services

Jonathan M. Saffer
Nathan G. Kanute
SNELL & WILMER, LLP
One South Church Avenue, Suite 1500
Tucson, AZ 85701-1630
Attorneys for Alliance Bank of Arizona

Matthew H. Sloan
JENNINGS, HAUG & CUNNINGHAM, L.L.P.
2800 N. Central Avenue, Suite 1800
Phoenix, AZ 85004-1049
Attorneys for National Bank of America

RESP TO CAC MOTION.doc

Grant Winston
David Krula
PIMA COUNTY ATTORNEY
32 N. Stone, Suite 2100
Tucson, AZ 8701
Attorneys for Pima County


By: /s/ Maria Calderon

RESP TO CAC MOTION.doc