# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Audio Record of Hearing Held

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | MCMAHON PROPERTIES, LLC |
| **Case Number:** | 4:14-bk-00092-BMW    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, APRIL 03, 2014 10:30 AM   COURTROOM 446 |
| **Courtroom Clerk:** | CINDY TURNBULL |
| **Reporter / ECR:** | RHIANNA DOMINGUEZ |
| **Audio File Name:** | THL01167128.MP3 |
| **Audio File Size:** | 30,402 KB |
| **Audio File Length:** | 01:04:51 |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

> **This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**

## *Matters:*

1) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY OR, ALTERNATIVELY, REQUEST FOR ADEQUATE PROTECTION FILED BY OF ALLIANCE BANK OF ARIZONA (CONT. FROM 4/1/14)
   **R / M #:**   56 / 0

2) ADM: 4:14-BK-00092-BMW
   CONTINUED STATUS HEARING RE MOTION TO APPOINT CHAPTER 11 TRUSTEE; OR ALTERNATIVELY, MOTION TO CONVERT CASE TO CHAPTER 7 FILED BY ALLIANCE BANK OF ARIZONA (CONT. FROM 3/25/14)
   **R / M #:**   68 / 0

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA
# Audio Record of Hearing Held