Matthew H. Sloan (No. 018632)
E-mail: mhs@jhc-law.com
**JENNINGS, HAUG & CUNNINGHAM, L.L.P.**
2800 N. Central Avenue, Suite 1800
Phoenix, AZ 85004-1049
Telephone: 602-234-7800
Facsimile: 602-277-5595

Attorneys for National Bank of Arizona

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>MCMAHON PROPERTIES, LLC,<br><br>Debtor. | Chapter 11 Proceeding<br><br>Case No.: 4:14-bk-00092-BMW<br><br>**RESPONSE AND OBJECTION TO MOTION FOR INTERIM AUTHORITY TO USE CASH COLLATERAL** |

National Bank of Arizona ("NB|AZ") herewith files its Response and Objection to McMahon Properties, LLC's ("Debtor") Motion for Interim Authority to Use Cash Collateral ("Motion") (Dkt. 94). NB|AZ joins in the Objection filed by Alliance Bank of Arizona at Docket No. 99, and hereby makes those same objections on its behalf. In addition, NB|AZ has the additional objections set forth below.

Debtor's Motion alleges that it is the owner of several parcels of improved commercial real estate which generate monthly income that is the sole source of Debtor's revenue. The Motion also acknowledges that NB|AZ has a lien and security interest in and to certain real property and to all rents, profits and other income generated thereby. NB|AZ has and continues to object to the use of any of its cash collateral.

/ / /

NB|AZ previously filed a Notice of Non-Consent to Use of Cash Collateral on February 18, 2014 at Docket No. 47. Debtor filed a Response to NB|AZ's Notice of Non-Consent on March 5, 2014 (Dkt. 61) wherein Debtor agreed that it would not use any cash collateral from the real property and/or rents of the collateral held by NB|AZ. In light of this representation by Debtor, NB|AZ is troubled by the allegation in the Motion that the Debtor has been using income generated from its collateral.

NB|AZ is unaware that its real property collateral is currently generating any revenue. To the extent NB|AZ's real property collateral is currently generating revenue that is being used by the Debtor, such use violates 11 U.S.C. § 363(c)(2) and 11 U.S.C. § 363(c)(4), in addition to violating the agreement of Debtor in its Response to NB|AZ's Notice of Non-Consent.

If the real property collateral of NB|AZ is currently generating any rents, profits or other income, they constitute the cash collateral of NB|AZ and it objects to the use of such cash collateral by Debtor. NB|AZ also objects to this Court entering any order at this time that could be construed to authorize the Debtor to use any rents, profits or other income that may be generated by NB|AZ's real property collateral in the future.

In light of NB|AZ's ongoing objection to the use of its cash collateral, in the event that its real property collateral begins generating any rents, profits or other income in the future, the Debtor should be required to seek further authorization from the Court for the use of such cash collateral notwithstanding any order that may be entered at this time.

///

///

///

DATED this 11th day of April, 2014.

JENNINGS, HAUG & CUNNINGHAM, L.L.P.

/s/ Matthew H. Sloan (#018632)
Matthew H. Sloan
Attorneys for National Bank of Arizona

Filed electronically and copies mailed this 11th day of April, 2014, to:

Scott D. Gibson
Law Office of Scott D. Gibson, PLLC
6303 E. Tanque Verde Road, Suite 210
Tucson, AZ 85715
Attorneys for Debtor

Renee Sandler Shamblin
Office of the United States Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003

William Scott Jenkins, Jr.
Alissa A. Brice
Ryley Carlock & Applewhite
One N. Central Avenue, Suite 1200
Phoenix, AZ 85004-4417
Attorneys for Resolute Commercial Services

Jonathan M. Saffer
Nathan G. Kanute
Snell & Wilmer, LLP
One S. Church Avenue, Suite 1500
Tucson, AZ 85701-1630
Attorneys for Alliance Bank of Arizona

Grant Winston
David W. Krula
Pima County Attorney's Office
32 N. Stone Avenue, Suite 2100
Tucson, AZ 85701
Attorneys for Pima County

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | Pat P. Lopez, III |
| | Rebecca K. O'Brien |
| 2 | Rusing Lopez & Lizardi, PLLC |
| | 6363 N. Swan Road, Suite 151 |
| 3 | Tucson, AZ 85718 |
| | Attorneys for LALI Investments, LLC |
| 4 | |
| 5 | /s/ T. Kido |
| | 968-244 tk |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |