McEvoy Daniels & Darcy,
4560 East Camp Lowell Drive
Tucson, Arizona 85712
Telephone: (520) 326-0133
Fax: (520) 326-5938

Sally M. Darcy
darcysm@aol.com
Attorney for Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceeding |
| MCMAHON PROPERTIES, LLC, | Case No. 4-14-bk-00092-BMW |
| Debtor. | **ORDER RE TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF ALL LIENS AND CLAIMS PURSUANT TO 11 U.S.C. 363 OR, IN THE ALTERNATIVE, FOR ORDER DECLARING THE TRUSTEE HAS ALL RIGHTS OF THE DEBTOR AS THE MEMBER AND MANAGER OF 60 NORTH ALVERNON, LLC** |

This matter came before the Court on May 13, 2015. The Court reviewed the pleadings and heard argument from counsel for Christopher Linscott, duly appointed Chapter 11 Trustee ("Trustee") in the above-captioned case, and from counsel for Robert and Danita McMahon (the "McMahons"). The Court requested that the parties submit supplemental memorandum to be filed by Tuesday, May 19, 2015.

The Court has reviewed the briefs of the parties as well as the supplemental memorandum and the cases cited therein, and makes the following findings:

1. McMahon Properties, LLC ("Debtor") owns a 75% membership interest in 60 North Alvernon, LLC, an Arizona limited liability company (the "Company").

2. The Debtor is also the manager of the Company.

3. The McMahons are the members of the Debtor.

4. When the Trustee was appointed, he stepped into the shoes of the Debtor and obtained the Debtors rights as a member and manager of the Company.

5. The Company owns real property located at 60 North Alvernon, Tucson, Arizona (the "Company Property").

6. The Trustee received an offer from a bona fide purchaser for not less than $1,150,000.00, and seeks to sell the Company Property. The McMahons objected to the Trustee's rights as a member and manager to sell the Company Property..

7. The offer will allow the Trustee to pay the lien of Vantage West Credit Union in full, as well as the past due real property taxes.

8. The other members of the Company, CFAM Properties, LLC (12.5%) and MHOPG, LLC (12.5%) received notice of the proceedings, and did not object.

Based upon the foregoing, and for good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

A. The objection filed by the McMahons is overruled.

B. On the filing of the Debtor's bankruptcy petition, all of its rights in the Company, including but not limited to the manager and membership rights became property of the bankruptcy estate pursuant to 11 U.S. C. § 541.

C. On the appointment of Christopher Linscott as the Chapter 11 Trustee, all of the Debtors rights in the Company, including but not limited to the manager and membership rights, passed to him.

D. Section 541( c) of the Bankruptcy Code overrides non-bankruptcy law and the Company's Operating Agreement with regard to restrictions on the Trustee's ability to exercise the rights as a manager and member of the Company.

E. Section 365( c) of the Bankruptcy Code does not apply to the facts of this case.

F. Pursuant to Article VII of the Company's Operating Agreement, the Trustee may proceed with the sale of the Company Property.

DATED AND SIGNED ABOVE.

Copy of the foregoing emailed/mailed this
21st day of May, 2015, to:

60 North Alvernon, LLC
4644 East Fort Lowell Road
Tucson, Arizona 85712-1111

McMahon Properties
4644 East Fort Lowell Road
Tucson, Arizona 85712-1111

CFAM Properties, LLC
5040 E. St. Andrews Drive
Tucson Arizona 85718
Member

MHOPG, LLC
c/o Don Martin
3371 E. Hemisphere Loop
Tucson, Arizona 85706
Member

Vantage West Credit Union
Business Lending & Services
PO Box 15115
Tucson, Arizona 85708

Grant Winston
Pima County Attorneys Office
Civil Division
32 N. Stone Ave., #2100
Tucson, Arizona 85701-1412

Scott Gibson
Law Office of Scott D. Gibson, PLLC
2329 N. Tucson Blvd.
Tucson, Arizona 85716
Attorney for McMahon Properties,
Old Pueblo Grill, Metro Restaurants, Inc.

Adam B. Nach
Lane & Nach, P.C.
2001 East Campbell Avenue, Suite 103
Phoenix, Arizona 85016
Attorneys for Gayle Mills, Chapter 7 Trustee