# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| MCMAHON PROPERTIES, LLC, | Case No. 4:14-bk-00092-BMW |
| Debtor. | **ORDER RE TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF ALL LIENS AND CLAIMS PURSUANT TO 11 U.S.C. 363** |

This matter came before the Court on May 13, 2015 on the *Trustee's Motion to Sell Property of the Estate Free and Clear of All Liens and Claims Pursuant to 11 U.S.C. 363* (the "Motion to Sell) (Docket No. 277) filed by Christopher Linscott, the duly appointed Chapter 11 trustee (the "Chapter 11 Trustee"), and the *Objection to Trustee's Motion to Sell Property* (the "Objection") (Docket No. 299) filed by Robert and Danita McMahon (the "McMahons"). Pursuant to the Court's ruling on the Motion to Sell, as set forth on the record on May 19, 2015, which ruling is incorporated herein in its entirety,

IT IS HEREBY ORDERED as follows:

1. The Objection of the McMahons is overruled.

2. Upon appointment in this case, the Chapter 11 Trustee succeeded to all rights of Debtor in 60 North Alvernon, LLC, including the rights as manager and member.

3. The Chapter 11 Trustee may proceed with the sale of the Company Property, as defined in the Motion to Sell, in accordance with the Operating Agreement of 60 North Alvernon, LLC.

DATED AND SIGNED ABOVE.