# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MCMAHON PROPERTIES, LLC | | |
| **Case Number:** | 4:14-BK-00092-BMW | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, JUNE 17, 2015 11:00 AM   COURTROOM 446 | | |
| **Bankruptcy Judge:** | BRENDA M. WHINERY | | |
| **Courtroom Clerk:** | CINDY TURNBULL | | |
| **Reporter / ECR:** | WESLEY STANGRET | | |

## *Matter:*

TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF ALL LIENS AND CLAIMS, LIENS TO ATTACH TO PROCEEDS (6464 EAST TANQUE VERDE, TUCSON, ARIZONA)

**R / M #:** 285 / 0

## *Appearances:*

SCOTT D. GIBSON, ATTORNEY FOR MCMAHON PROPERTIES, LLC PRIOR TO THE APPOINTMENT OF THE TRUSTEE
SALLY M DARCY, ATTORNEY FOR CHRISTOPHER G LINSCOTT, CHAPTER 11 TRUSTEE
MATTHEW SLOAN, ATTY FOR NATIONAL BANK OF ARIZONA
BOB ROSVALL, ATTY FOR THE LAW OFFICE OF C. R. HYDE
JON SAFFER AND JILL PERRELLA, ATTYS FOR ALLIANCE BANK OF ARIZONA
A REPRESENTATIVE OF THE BUYER IS PRESENT
A REPRESENTATIVE FOR CBRE IS ALSO PRESENT IN THE COURTROOM

## *Proceedings:*

MS. DARCY STATES THIS HEARING WAS NOTICED TO ALL CREDITORS, AND THERE WAS A DUE DILIGENCE PERIOD.  THE SALE PRICE IS $1,415,000, WITH A 6% COMMISSION TO BE SHARED BETWEEN THE TWO BROKERS.  THE ESTATE WOULD RECEIVE $15,000, AND THE BALANCE, AFTER CLOSING COSTS WOULD GO TO NATIONAL BANK OF ARIZONA.  THE BANK AND THE TRUSTEE HAVE AGREED TO THIS, AND THERE HAVE BEEN NO OTHER OFFERS.  SHE URGES THE COURT TO APPROVE THE SALE, AND THE CLOSING WILL HAPPEN ON JULY 15, 2015.  SHE WILL UPLOAD A FORM OF ORDER.  CBRE WAS APPROVED AS THE BROKER.  THE REAL PROPERTY TAXES ARE CURRENT AND HAVE BEEN PAID BY THE BANK AND ANY LIENS WILL BE PAID AT CLOSING.

MR. SAFFER STATES HIS CLIENT IS IN SUPPORT OF THE SALE.

COURT:  THIS WAS PROPERLY NOTICED, THERE WERE NO OBJECTIONS, AND THE SALE IS IN THE BEST INTEREST OF THE ESTATE.  THE SALE WILL BE APPROVED, MS. DARCY CAN UPLOAD THE FORM OF ORDER.  NOTIFY LUPE MARTINEZ WHEN THE ORDER HAS BEEN UPLOADED, AND IT WILL BE SIGNED.