LAW OFFICE OF
**SCOTT D. GIBSON, PLLC**
6303 E. TANQUE VERDE, SUITE 210
TUCSON, ARIZONA 85715
(520) 784-2600
SBN: 007395
ecf@sdglaw.net

Attorneys for Robert and Danita McMahon

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>MCMAHON PROPERTIES, LLC,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>NO. 4-14-bk-00092-BMW<br><br>**MOTION FOR TURNOVER OF DEPOSIT** |

Robert and Danita McMahon, Debtors and Debtors-in-Possession in their own Chapter 11 case (Case No. 4-15-bk-00672-BMW), hereby move, on behalf of the McMahon Family Trust, that the sum of $100,000.00 that was deposited with the Trustee in this case be returned to the McMahon Family Trust immediately.

In support of their Motion, Mr. and Mrs. McMahon state as follows:

1. McMahon Properties, LLC, filed its voluntary petition under chapter 11 on January 3, 2014, and continues to remain as the Debtor-in-Possession in this case.

2. A chapter 11 trustee was appointed by the Court on April 22, 2014, and Chris Linscott was appointed as Trustee for the Debtor's estate.

3. In anticipation of a Plan of Reorganization that retained all of the assets of the estate, McMahon Family Trust transferred to the Trustee, in trust, the sum of $100,000.00 to

MO FOR TURNOVER OF DEPOSIT

LAW OFFICE OF
SCOTT D. GIBSON, PLLC
6303 E. TANQUE VERDE, SUITE 210
TUCSON, ARIZONA 85715
(520) 784-2600

be used to fund a plan of reorganization. These funds were transferred on the specific agreement that if a plan was not filed which retained the assets of the estate, the funds would be returned to the McMahon Family Trust.

4. Robert and Danita McMahon are beneficiaries of the McMahon Family Trust, and in fulfilling their fiduciary duties to their own chapter 11 estate, request that the funds in the possession of the Trustee, which are no longer being used to fund a plan a reorganization to fund the retention of assets of the estate, be returned to the McMahon Family Trust immediately.

WHEREFORE, in light of the foregoing, Robert and Danita McMahon respectfully request that this Court direct the Trustee, Chris Linscott, to return the funds held in deposit in the Trustee's trust account to the McMahon Family Trust forthwith.

DATED this 6th day of August, 2015.

LAW OFFICE OF SCOTT D. GIBSON, PLLC

By: /s/ Scott D. Gibson (007395)
Scott D. Gibson
Attorneys for Robert and Danita McMahon

MO FOR TURNOVER OF DEPOSIT

LAW OFFICE OF
**SCOTT D. GIBSON, PLLC**
6303 E. TANQUE VERDE, SUITE 210
TUCSON, ARIZONA 85715
(520) 784-2600

# CERTIFICATE OF SERVICE

Original electronically filed and copies of the foregoing served via the Court's CM/ECF Notification System this 6th day of August, 2015, on all Electronic Case Filing Participants that have appeared in the above-captioned case, or U.S. Mail to parties not registered through CM/ECF.

Christopher G. Linscott
KEEGAN, LINSCOTT & KENON P.C.
33 N. Stone, Suite 1100
Tucson, AZ 85701
Chapter 11 Trustee

Sally M. Darcy
MCEVOY, DANIELS & DARCY
4560 East Camp Lowell Drive
Tucson, AZ 85712
Attorneys for Chapter 11 Trustee

Renee Sandler Shamblin
United States Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003

W. Scott Jenkins, Jr.
RYLEY CARLOCK & APPLEWHITE
One North Central Avenue, Suite 1200
Phoenix, AZ 85004
Attorneys for Resolute Commercial Services

Jonathan M. Saffer
Nathan G. Kanute
SNELL & WILMER, LLP
One South Church Avenue, Suite 1500
Tucson, AZ 85701-1630
Attorneys for Alliance Bank of Arizona

Matthew H. Sloan
JENNINGS, HAUG & CUNNINGHAM, L.L.P.
2800 N. Central Avenue, Suite 1800
Phoenix, AZ 85004-1049
Attorneys for National Bank of America

MO FOR TURNOVER OF DEPOSIT

LAW OFFICE OF
**SCOTT D. GIBSON, PLLC**
6303 E. TANQUE VERDE, SUITE 210
TUCSON, ARIZONA 85715
(520) 784-2600

1  Grant Winston
   David Krula
2  PIMA COUNTY ATTORNEY
   32 N. Stone, Suite 2100
3  Tucson, AZ 85701
4  Attorneys for Pima County

5  Pat P. Lopez, III
   Rebecca K. O'Brien
6  RUSING, LOPEZ & LIZARDI, PLLC
   6363 N. Swan Road, Suite 151
7  Tucson, AZ 85718
8  Attorneys for LALI Investments, LLC

9  Paul and Jo Ann Oreffice
   6850 E. Cuarenta Ct.
10 Paradise Valley, AZ 85253

11 C.R. Hyde
12 THE LAW OFFICE OF C.R. HYDE, PLC
   182 North Court Avenue
13 Tucson, AZ 85701
   Attorneys for Robert McMahon and Danita McMahon
14

15 Michael McGrath
   David J. Hindman
16 MESCH, CLARK & ROTHSCHILD
   259 N. Meyer Avenue
17 Tucson, AZ 85701
   Attorneys for Arada Investments, LLC
18

19

20 By: /s/ Maria Calderon

21

22

23

24

25

26

MO FOR TURNOVER OF DEPOSIT