McEvoy Daniels & Darcy,
4560 East Camp Lowell Drive
Tucson, Arizona 85712
Telephone: (520) 326-0133
Fax: (520) 326-5938

Sally M. Darcy
darcysm@aol.com
Attorney for Chris Linscott, Chapter 11 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 Proceeding |
| McMAHON PROPERTIES, LLC, | Case No. 4:14-bk-00092-BMW |
| Debtor. | **TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 21 FILED BY PIMA COUNTY, AND NOTICE THEREON** |

Christopher Linscott, the Chapter 11 Trustee ("Trustee") in the above captioned case objects to the following claim:

Proof of Claim ("POC") No. 21, filed on March 4, 2014, as a secured claim, and as amended, by or on behalf of:

Pima County, Arizona
c/o Pima County Attorney –Civil
32 N. Stone Avenue, Suite 2100
Tucson, Arizona 85701
Attention: Lorna Rhodes

POC No. 21 was filed to recover real property taxes in the amount of $25,866.79 plus accrued interest and penalties for the year 2014. The real property taxes encumbered the following real property:

Address:   2951 N. Swan
           Tucson, Arizona 85712 ("Property")

State Code:   110050380

During the course of these proceedings, Alliance Bank foreclosed on the Property. The Estate no longer owns the Property and there is no personal liability to the estate for this claim. The Trustee believes the real property taxes were paid. If not paid, Pima County's lien remains on the Property and Pima County can look to the Property to recover its claim.

The Trustee recommends that POC No. 21 be treated as **DISALLOWED for payment from estate funds.**

**NOTICE IS GIVEN** that pursuant to Local Rules of Bankruptcy Procedure for the District of Arizona, Local rule 3007-1, if a response is not filed and served at least fourteen (14) days from the date of service of this objection, the Trustee's Objection may be sustained by the Court without further notice or hearing. A response must be filed with the Clerk of the Court, and a copy mailed to the Trustee's attorney at:

> Sally M. Darcy
> Camp Lowell Corporate Center
> 4560 East Camp Lowell Drive
> Tucson, Arizona 85712

If the claimant timely files and serves a response to the objection, the Trustee shall request a hearing from the Court, which hearing shall be held on at least 30 days notice to the claimant.

A true and exact copy of this objection has been forwarded this 25th day of August, 2015, to

> Pima County, Arizona
> c/o Pima County Attorney –Civil
> 32 N. Stone Avenue, Suite 2100
> Tucson, Arizona 85701
> Attention: Lorna Rhodes

Wherefore, the Trustee respectfully requests that the Court sustain his objection to POC No. 21 and that it be disallowed for payment from estate funds.

RESPECTFULLY SUBMITTED this 25th day of August, 2015.

> McEVOY, DANIELS & DARCY, P.C.
>
> By: /s/Sally M. Darcy
> Sally M Darcy
> Attorney for Chapter 11 Trustee

Copy of the foregoing emailed/mailed this 25th day of August, 2015, to:

Pima County, Arizona
c/o Pima County Attorney –Civil
32 N. Stone Avenue, Suite 2100
Tucson, Arizona 85701
Attention: Lorna Rhodes

| 1 | Steven D. Jerome | sjerome@swlaw.com |
|---|---|---|
| 2 | Jonathan M. Saffer | jmsaffer@swlaw.com |
|   | Jill H. Perrella | jperrella@swlaw.com |

Snell & Wilmer, LLP
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
Attorney for Alliance Bank

Scott D. Gibson          ecf@sdglaw.net
Law Office of Scott D. Gibson, PLLC
2329 N. Tucson Blvd.
Tucson, Arizona 85716
Attorney for Debtor

Renee Sandler Shamblin     renee.s.shamblin@usdoj.gov
Office of the U.S. Trustee
230 N. North First Avenue, Suite 204
Phoenix, Arizona 85003-1706

McMahon Properties
4644 East Fort Lowell Road
Tucson, Arizona 85712-1111
Debtor