McEvoy Daniels & Darcy,
4560 East Camp Lowell Drive
Tucson, Arizona 85712
Telephone: (520) 326-0133
Fax: (520) 326-5938

Sally M. Darcy
darcysm@aol.com
Attorney for Chris Linscott, Chapter 11 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Proceeding |
| | ) | |
| McMAHON PROPERTIES, LLC, | ) | Case No. 4:14-bk-00092-BMW |
| | ) | |
| | ) | **TRUSTEE'S OBJECTION TO** |
| | ) | **PROOF OF CLAIM NO. 24 FILED** |
| | ) | **BY LALI INVESTMENTS, LLC** |
| Debtor. | ) | **AND NOTICE THEREON** |

Christopher Linscott, the Chapter 11 Trustee ("Trustee") in the above captioned case objects to the following claim:

Proof of Claim ("POC") No. 24, filed on July 17, 2014, as an unsecured claim, by or on behalf of:

LALI Investments, LLC
c/o Pat Lopez
Rusing Lopez & Lizardi, PLLC
6363 N. Swan Road, Suite 151
Tucson, Arizona 85718

POC No. 24 was filed to recover on a promissory note. The promissory note was attached to POC No. 24. The makers of the note were Metro Restaurants and Metro Properties. The note was signed by Robert B. McMahon as the owner of Metro Restaurants and Metro Properties. The claim is in the amount of $92,205.00. The Debtor was not the maker of the note, and there is no evidence that the funds were paid to the Debtor. There is no evidence that this is an obligation of the Debtor.

The Trustee recommends that POC No. 24 be treated as **DISALLOWED for payment from estate funds.**

**NOTICE IS GIVEN** that pursuant to Local Rules of Bankruptcy Procedure for the District of Arizona, Local rule 3007-1, if a response is not filed and served at least fourteen (14) days from

the date of service of this objection, the Trustee's Objection may be sustained by the Court without further notice or hearing. A response must be filed with the Clerk of the Court, and a copy mailed to the Trustee's attorney at:

> Sally M. Darcy
> Camp Lowell Corporate Center
> 4560 East Camp Lowell Drive
> Tucson, Arizona 85712

If the claimant timely files and serves a response to the objection, the Trustee shall request a hearing from the Court, which hearing shall be held on at least 30 days notice to the claimant.

A true and exact copy of this objection has been forwarded this 25th day of August, 2015, to

> LALI Investments, LLC
> c/o Pat Lopez
> Rusing Lopez & Lizardi, PLLC
> 6363 N. Swan Road, Suite 151
> Tucson, Arizona 85718

Wherefore, the Trustee respectfully requests that the Court sustain his objection to POC No. 24 and that it be disallowed for payment from estate funds.

RESPECTFULLY SUBMITTED this 25th day of August, 2015.

McEVOY, DANIELS & DARCY, P.C.

By: _____/s/Sally M. Darcy_____
Sally M Darcy
Attorney for Chapter 11 Trustee

Copy of the foregoing emailed/mailed this 25th day of August, 2015, to:

LALI Investments, LLC
c/o Pat Lopez
Rusing Lopez & Lizardi, PLLC
6363 N. Swan Road, Suite 151
Tucson, Arizona 85718

Scott D. Gibson                    ecf@sdglaw.net
Law Office of Scott D. Gibson, PLLC
2329 N. Tucson Blvd.
Tucson, Arizona 85716
Attorney for Debtor

Case 4:14-bk-00092-BMW    Doc 346    Filed 08/25/15    Entered 08/25/15 17:14:13    Desc
Main Document    Page 2 of 3

| | |
|---|---|
| 1 | Renee Sandler Shamblin     renee.s.shamblin@usdoj.gov |
| | Office of the U.S. Trustee |
| 2 | 230 N. North First Avenue, Suite 204 |
| | Phoenix, Arizona 85003-1706 |
| 3 | |
| | McMahon Properties |
| 4 | 4644 East Fort Lowell Road |
| | Tucson, Arizona 85712-1111 |
| 5 | Debtor |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 3 -