Steven D. Jerome (AZB #018420)
Jonathan M. Saffer (AZB #022004)
Jill H. Perrella (AZB #026270)
SNELL & WILMER L.L.P.
One South Church Avenue, Suite 1500
Tucson, AZ 85701-1630
Telephone: (520) 882-1200
Facsimile (520) 884-1294
E-mail: sjerome@swlaw.com
jmsaffer@swlaw.com
jperrella@swlaw.com
*Attorneys for Western Alliance Bank*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re:<br><br>MCMAHON PROPERTIES, LLC,<br><br>Debtor. | Proceedings Under Chapter 11<br><br>Case No. 4:14-bk-00092-BMW<br><br>**NOTICE OF WITHDRAWAL OF OBJECTIONS TO FEE APPLICATIONS OF CHAPTER 11 TRUSTEE AND CHAPTER 11 TRUSTEE'S COUNSEL** |

**PLEASE TAKE NOTICE** that Western Alliance Bank ("Alliance"), creditor in the above-captioned Chapter 11 proceeding ("Bankruptcy Case") of McMahon Properties, L.L.C. ("Debtor"), by and through undersigned counsel, hereby withdraws Alliance's (1) *Objection to Application for Payment of Chapter 11 Trustee* [Dkt. No. 289]; and (2) *Reservation of Rights Regarding "Application (First) for Payment of Attorney for Chapter 11 Trustee"* [Dkt. No. 293]. Alliance continues to reserve any and all rights regarding the Bankruptcy Case and does not waive same.

DATED this 23rd day of September, 2015.

                         SNELL & WILMER L.L.P.

                         By */s/ Jonathan M. Saffer*
                             Steven D. Jerome
                             Jonathan M. Saffer
                             Jill H. Perrella
                             One South Church Ave, Suite 1500
                             Tucson, AZ 85701-1630
                             *Attorneys for Western Alliance Bank*

**COPY** of the foregoing served by electronic notification on September 23, 2015, to:

Sally M. Darcy
MCEVOY, DANIELS & DARCY, P.C.
4560 E. Camp Lowell Dr.
Tucson, AZ 85712
darcysm@aol.com
*Attorney for Chapter 11 Trustee Christopher Linscott*

Steven M. Cox
WATERFALL ECONOMIDIS CALDWELL HANSHAW & VILLAMANA, P.C.
5210 E. Williams Cir. #800
Tucson, AZ 85711
smcox@wechv.com
*Attorney for Chapter 11 Trustee Christopher Linscott*

Scott D. Gibson
LAW OFFICE OF SCOTT D. GIBSON, P.L.L.C.
2329 N. Tucson Blvd.
Tucson, AZ 85716
ecf@sdglaw.net
*Attorney for Robert & Danita McMahon*

Renee Sandler Shamblin
OFFICE OF THE U.S. TRUSTEE
230 N. First Ave., Ste. 204
Phoenix, AZ 85003-1706
renee.s.shamblin@usdoj.gov

Matthew H. Sloan
JENNINGS, HAUG & CUNNINGHAM, L.L.P.
2800 N. Central Ave., Ste. 1800
Phoenix, AZ 85004-1049
mhs@jhc-law.com
*Attorneys for National Bank of Arizona*

PIMA COUNTY ATTORNEY'S OFFICE
Civil Division
32 N. Stone Ave., Ste. 2100
Tucson, AZ 85701
pcaocvbk@pcao.pima.gov
*Attorneys for Pima County*

Pat P. Lopez, III
RUSING LOPEZ & LIZARDI, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, AZ 85718
plopez@rllaz.com
*Attorneys for LALI Investments, L.L.C.*

. . .

. . .

Snell & Wilmer
L.L.P.
LAW OFFICES
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
(520) 882-1200

Snell & Wilmer
L.L.P.
LAW OFFICES
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
(520) 882-1200

1  C.R. Hyde
   THE LAW OFFICES OF C.R. HYDE, P.L.C.
2  182 N. Court Ave.
   Tucson, AZ 85701
3  crhyde@oldpueblobankruptcy.com
   *Attorney for Robert & Danita McMahon*
4
   Michael McGrath
5  David J. Hindman
   MESCH, CLARK & ROTHSCHILD, P.C.
6  259 N. Meyer Ave.
   Tucson, AZ 85701
7  mmcgrath@mcrazlaw.com
   dhindman@mcrazlaw.com
8  *Attorneys for Arada Investments L.L.C.*

9  Adam B. Nach
   Allison M. Lauritson
10 LANE & NACH, P.C.
   2001 E. Campbell Ave., Ste. 103
11 Phoenix, AZ 85016
   adam.nach@lane-nach.com
12 allison.lauritson@lane-nach.com
   *Attorneys for Gayle Eskay Mills, Chapter 7 Trustee*
13
   /s/Clarrissa Palma
14