STEVEN M. COX, Esq.
PCC #11552 SB #005094
smcox@waterfallattorneys.com

LAW OFFICES
WATERFALL, ECONOMIDIS, CALDWELL,
HANSHAW & VILLAMANA, P.C.
Williams Center, Eighth Floor
5210 E. Williams Circle
Tucson, AZ 85711
Telephone: (520)745-7806
Facsimile: (520) 745-1279

Attorneys for Christopher Linscott, the Chapter 11 Trustee in McMahon Properties, LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:                                              NO. 4:14-bk-00092-BMW

MCMAHON PROPERTIES, LLC,
                                                    (Chapter 11)
                        Debtor.

                                                    **TRUSTEE'S OBJECTION TO CLAIM
                                                    OF ROADRUNNER LOCK & SAFE, AND
                                                    NOTICE THEREON**

        Christopher Linscott, the Chapter 11 Trustee in the above-entitled proceeding, hereby objects to the following claim:

        **Listed claim of:        Roadrunner Lock & Safe, 4444 E Grant Rd., Suite 112
                                   Tucson, AZ 85712-2647**

        This Claim was listed in the amount of $104.87, as an unsecured claim. The Trustee believes that based on the financial records of Debtor, the correct amount of this Claim is $89.23.

        The Trustee recommends that this Claim be treated as **ALLOWED for payment from estate funds in the amount of $89.23.**

        **NOTICE IS GIVEN** that pursuant to Local Rules of Bankruptcy Procedure for the District of Arizona, Local Rule 3007-1, if a response is not filed and served at least fourteen (14) days from the date of service of this objection, the Trustee's Objection may be sustained by the Court without further notice

or hearing. A response must be filed with the Clerk of the Court, and a copy mailed to the Trustee's attorney at:

Steven M. Cox
Waterfall Economidis et al
5210 E Williams Cir., Suite 800
Tucson, AZ 85711

If the claimant timely files and serves a response to the objection, the Trustee shall request a hearing from the Court, which hearing shall be held on at least 30 days notice to the claimant.

A true and exact copy of this objection has been forwarded this 20th day of November, 2015, to:

Roadrunner Lock & Safe
4444 E Grant Rd., Suite 112
Tucson, AZ 85712-2647

Wherefore, the Trustee respectfully requests that the Court sustain his objection to this Claim and that it be allowed for payment from estate funds in the amount of $89.23.

RESPECTFULLY SUBMITTED this 20th day of November, 2015.

WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C.

By /s/ Steven M. Cox
    Steven M. Cox
    Attorneys for the Chapter 11 Trustee

COPY of the foregoing mailed or emailed this 20th day of November, 2015, to:

WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C.
5210 E. Williams Circle, Suite 800
Tucson, AZ 85711
(520) 790-5828

Scott D. Gibson

Law Office of Scott D. Gibson, PLLC

6303 E. Tanque Verde, Suite 210

Tucson, AZ 85715

Attorneys for Debtor

ecf@sdglaw.net

Roadrunner Lock & Safe

4444 E Grant Rd., Suite 112

Tucson, AZ 85712-2647

Renee Sandler Shamblin

United States Trustee

230 N. First Ave., Suite 204

Phoenix, AZ 85003

renee.s.shamblin@usdoj.gov

McMahon Properties

4644 East Fort Lowell Road

Tucson, AZ 85712-1111

Debtor

By: /s/ L. Collins

WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C.
5210 E. Williams Circle, Suite 800
Tucson, AZ 85711
(520) 790-5828