STEVEN M. COX, Esq.
PCC #11552 SB #005094
smcox@waterfallattorneys.com

LAW OFFICES
WATERFALL, ECONOMIDIS, CALDWELL,
HANSHAW & VILLAMANA, P.C.
Williams Center, Eighth Floor
5210 E. Williams Circle
Tucson, AZ 85711
Telephone: (520)745-7806
Facsimile: (520) 745-1279

Attorneys for Christopher Linscott, the Chapter 11 Trustee in McMahon Properties, LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>MCMAHON PROPERTIES, LLC,<br><br>Debtor. | NO. 4:14-bk-00092-BMW<br><br>(Chapter 11)<br><br>**TRUSTEE'S OBJECTION TO PROOF OF CLAIM OF SOUTHWEST GAS (CR #22), AND NOTICE THEREON** |

Christopher Linscott, the Chapter 11 Trustee in the above-entitled proceeding, hereby objects to the following claim:

**Listed claim of:**     **SOUTHWEST GAS CORPORATION**
                             **PO BOX 1498**
                             **VICTORVILLE, CA 92393-1498**
                             **Claim Register #22**

This Proof of Claim was filed in the amount of $502.05, as an unsecured claim. The Trustee believes that based on the financial records of Debtor, the correct amount of this Claim is $.00.

The Trustee recommends that this Claim be treated as **DISALLOWED for payment from estate funds.**

**NOTICE IS GIVEN** that pursuant to Local Rules of Bankruptcy Procedure for the District of Arizona, Local Rule 3007-1, if a response is not filed and served at least fourteen (14) days from the date

of service of this objection, the Trustee's Objection may be sustained by the Court without further notice or hearing. A response must be filed with the Clerk of the Court, and a copy mailed to the Trustee's attorney at:

> Steven M. Cox
> Waterfall Economidis et al
> 5210 E Williams Cir., Suite 800
> Tucson, AZ 85711

If the claimant timely files and serves a response to the objection, the Trustee shall request a hearing from the Court, which hearing shall be held on at least 30 days notice to the claimant.

A true and exact copy of this objection has been forwarded this 20th day of November, 2015, to:

Southwest Gas Corporation
PO Box 1498
Victorville, CA 92393-1498

Wherefore, the Trustee respectfully requests that the Court sustain his objection to this Claim and that it be disallowed for payment from estate funds.

RESPECTFULLY SUBMITTED this 20th day of November, 2015.

        WATERFALL, ECONOMIDIS, CALDWELL,
        HANSHAW & VILLAMANA, P.C.

        By */s/ Steven M. Cox*
          Steven M. Cox
          Attorneys for the Chapter 11 Trustee

COPY of the foregoing mailed or
emailed this 20th day of November, 2015, to:

WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C.
5210 E. Williams Circle, Suite 800
Tucson, AZ 85711
(520) 790-5828

| | |
|---|---|
| Scott D. Gibson | Renee Sandler Shamblin |
| Law Office of Scott D. Gibson, PLLC | United States Trustee |
| 6303 E. Tanque Verde, Suite 210 | 230 N. First Ave., Suite 204 |
| Tucson, AZ 85715 | Phoenix, AZ 85003 |
| Attorneys for Debtor | renee.s.shamblin@usdoj.gov |
| ecf@sdglaw.net | |
| Southwest Gas Corporation | McMahon Properties |
| PO Box 1498 | 4644 East Fort Lowell Road |
| Victorville, CA 92393-1498 | Tucson, AZ 85712-1111 |
| | Debtor |

By: */s/ L. Collins*

3