STEVEN M. COX, Esq.
PCC #11552 SB #005094
smcox@waterfallattorneys.com

LAW OFFICES
WATERFALL, ECONOMIDIS, CALDWELL,
HANSHAW & VILLAMANA, P.C.
Williams Center, Eighth Floor
5210 E. Williams Circle
Tucson, AZ 85711
Telephone: (520)745-7806
Facsimile: (520) 745-1279

Attorneys for Christopher Linscott, the Chapter 11 Trustee in McMahon Properties, LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | NO. 4:14-bk-00092-BMW |
| MCMAHON PROPERTIES, LLC, | |
| | (Chapter 11) |
| Debtor. | |
| | **TRUSTEE'S AMENDMENTS TO DEBTOR'S SCHEDULE F: TO REFLECT CHANGES IN AMOUNTS DUE ON CLAIMS, AND TO ADD A NEW CLAIM** |

Christopher Linscott, the Chapter 11 Trustee in McMahon Properties, LLC, in the above-entitled proceeding, based on the financial records of Debtor, hereby amends the claim amounts of the following creditors, and adds one new creditor:

| Claimant | Claim | Amended Amount to be Allowed/Paid |
|---|---|---|
| City of Tucson Water<br>Po Box 28804<br>Tucson, AZ 85726-8804 | $1,459.99 | $5,241.76 |
| Tucson Electric Power<br>PO Box 80077<br>Prescott, AZ 86304-8077 | $ 780.21 | $2,649.54 |

| | | |
|---|---|---|
| Watson Refrigeration | | |
| 4717 S. Irving Ave | | |
| Tucson, AZ 85714-2113 | $5,090.00 | $7,552.22 |
| | | |
| Roadrunner Lock & Safe | | |
| 4444 E Grant Rd., Suite 112 | | |
| Tucson, AZ 85712-2647 | $ 104.87 | $ 89.23 |
| | | |
| Southwest Gas Corporation | | |
| PO Box 1498 | | |
| Victorville, CA 92393-1498 | $ 502.05 | $ .00 |
| | | |
| Swisher | | |
| PO Box 473526 | | |
| Charlotte, NC 28247-3526 | $ 575.53 | $ .00 |
| | | |
| <u>NEW</u> | | |
| Udall Law Firm | | |
| 4801 E Broadway Blvd., Suite 400 | | |
| Tucson, AZ 85711-3638 | --- | $1,248.00 |

RESPECTFULLY SUBMITTED this 20th day of November, 2015.

                                      WATERFALL, ECONOMIDIS, CALDWELL,
                                      HANSHAW & VILLAMANA, P.C.

                                      By */s/ Steven M. Cox*
                                         Steven M. Cox
                                         Attorneys for the Chapter 11 Trustee

COPY of the foregoing mailed or
emailed this 20th day of November, 2015, to:

| | | |
|---|---|---|
| 1 | Scott D. Gibson | Renee Sandler Shamblin |
| 2 | Law Office of Scott D. Gibson, PLLC | United States Trustee |
| 3 | 6303 E. Tanque Verde, Suite 210 | 230 N. First Ave., Suite 204 |
| | Tucson, AZ 85715 | Phoenix, AZ 85003 |
| 4 | Attorneys for Debtor | renee.s.shamblin@usdoj.gov |
| 5 | ecf@sdglaw.net | |
| 6 | McMahon Properties | City of Tucson Water |
| | 4644 East Fort Lowell Road | Po Box 28804 |
| 7 | Tucson, AZ 85712-1111 | Tucson, AZ 85726-8804 |
| 8 | Debtor | |
| 9 | Watson Refrigeration | Tucson Electric Power |
| | 4717 S. Irving Ave | PO Box 80077 |
| 10 | Tucson, AZ 85714-2113 | Prescott, AZ 86304-8077 |
| 11 | | |
| 12 | Roadrunner Lock & Safe | Udall Law Firm |
| | 4444 E Grant Rd., Suite 112 | 4801 E Broadway Blvd., Suite 400 |
| 13 | Tucson, AZ 85712-2647 | Tucson, AZ 85711-3638 |
| 14 | | |
| 15 | Swisher | Southwest Gas Corporation |
| | PO Box 473526 | PO Box 1498 |
| 16 | Charlotte, NC 28247-3526 | Victorville, CA 92393-1498 |

By: */s/ L. Collins*