LAW OFFICE OF
**SCOTT D. GIBSON, PLLC**
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600
SBN: 007395
ecf@sdglaw.net

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>MCMAHON PROPERTIES, LLC,<br><br>　　　　　　Debtor. | In Proceedings Under<br>Chapter 11<br><br>NO. 4-14-bk-00092-BMW<br><br>**DECLARATION OF CHRISTOPHER LINSCOTT** |

Christopher Linscott, under penalty of perjury, hereby declares and states as follows:

1. I am the duly-appointed and acting Chapter 11 Trustee in the above-captioned case.

2. On or about November 14, 2014, the McMahon Family Trust wire transferred funds to my firm's trust account in the sum of $100,000.00.

3. The funds transferred to me were to be used to fund a plan of reorganization for McMahon Properties, Inc.

4. On October 27, 2014, my attorney advised counsel for Robert and Danita McMahon that the funds would be refunded to the McMahon Family Trust in the event a plan of reorganization was not confirmed which allowed McMahon Properties to retain its real estate assets.

DECLARATION OF CHRIS LINSCOTT.doc

LAW OFFICE OF
SCOTT D. GIBSON, PLLC
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600

5.  Robert and Danita McMahon have filed a motion requesting that the funds in my trust account in the sum of $100,000.00 be returned to the McMahon Family Trust.

6.  As Chapter 11 Trustee, I have no objection to the refund of this deposit in my trust account as the real estate assets of this estate have been liquidated, and no plan of reorganization will be filed which preserves the real estate assets previously owned by the Debtor.

DATED this 3rd day of December, 2015.

_____
Christopher Linscott

CERTIFICATE OF SERVICE

Original electronically filed and copies of the foregoing served via the Court's CM/ECF Notification System this _____ day of December, 2015, on all Electronic Case Filing Participants that have appeared in the above-captioned case, or U.S. Mail to parties not registered through CM/ECF.

Christopher G. Linscott
KEEGAN, LINSCOTT & KENON P.C.
33 N. Stone, Suite 1100
Tucson, AZ 85701
Chapter 11 Trustee

Sally M. Darcy
MCEVOY, DANIELS & DARCY
4560 East Camp Lowell Drive
Tucson, AZ 85712
Attorneys for Chapter 11 Trustee

Steven M. Cox
WATERFALL, ECONOMIDIS, CALDWELL,
 HANSHAW & VILLAMANA, P.C.
5210 E. Williams Circle, Suite 800
Tucson, AZ 85711-4482
Associate Attorneys for Chapter 11 Trustee

DECLARATION OF CHRIS LINSCOTT.doc

LAW OFFICE OF
SCOTT D. GIBSON, PLLC
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600

1  Renee Sandler Shamblin
   United States Trustee
2  230 N. First Ave., Suite 204
   Phoenix, AZ 85003
3

4  W. Scott Jenkins, Jr.
   RYLEY CARLOCK & APPLEWHITE
5  One North Central Avenue, Suite 1200
   Phoenix, AZ 85004
6  Attorneys for Resolute Commercial Services

7
   Jonathan M. Saffer
8  Nathan G. Kanute
   SNELL & WILMER, LLP
9  One South Church Avenue, Suite 1500
   Tucson, AZ 85701-1630
10 Attorneys for Alliance Bank of Arizona

11
   Matthew H. Sloan
12 JENNINGS, HAUG & CUNNINGHAM, L.L.P.
   2800 N. Central Avenue, Suite 1800
13 Phoenix, AZ 85004-1049
   Attorneys for National Bank of America
14

15 Grant Winston
   David Krula
16 PIMA COUNTY ATTORNEY
   32 N. Stone, Suite 2100
17 Tucson, AZ 85701
   Attorneys for Pima County
18

19 Pat P. Lopez, III
   Rebecca K. O'Brien
20 RUSING, LOPEZ & LIZARDI, PLLC
   6363 N. Swan Road, Suite 151
21 Tucson, AZ 85718
   Attorneys for LALI Investments, LLC
22

23 Paul and Jo Ann Oreffice
   6850 E. Cuarenta Ct.
24 Paradise Valley, AZ 85253

25

26

DECLARATION OF CHRIS LINSCOTT.doc

C.R. Hyde
THE LAW OFFICE OF C.R. HYDE, PLC
182 North Court Avenue
Tucson, AZ 85701
Attorneys for Robert McMahon and Danita McMahon

Michael McGrath
David J. Hindman
MESCH, CLARK & ROTHSCHILD
259 N. Meyer Avenue
Tucson, AZ 85701
Attorneys for Arada Investments, LLC

Adam B. Nach
Allison M. Lauritson
LANE & NACH
2001 E. Campbell Avenue, Suite 103
Phoenix, AZ 85016
Attorneys for Gayle Eskay Mills, Chapter 7 Trustee
 (In re Metro Restaurants, Inc.)



By: _____

DECLARATION OF CHRIS LINSCOTT.doc

LAW OFFICE OF
SCOTT D. GIBSON, PLLC
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600